IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF PAUL DANIELS, by<br>Personal Representative Kay Stover,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS and<br>INDIANAPOLIS METROPOLITAN<br>POLICE DEPARTMENT,<br><br>STEPHEN GUYNN JR.,<br>in his individual and official capacity,<br><br>GEORGE ROSSMAN,<br>in his individual and official capacity,<br><br>ELI RAISOVICH,<br>in his individual and official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:20-cv-02280-JRS-MJD |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESOLVE PENDING DISCOVERY ISSUES

Plaintiff, by counsel, pursuant to the Federal Rules of Civil Procedure and local rules, requests that the court allow thirty (30) days additional time to resolve pending discovery issues.

In support Plaintiff states that Plaintiff has served all written discovery to Defendants by June 11, 2021, well within the limitations of the Case Management Plan. In an effort to cooperate on discovery, Plaintiff informally agreed to extend Defendants' discovery deadline on Plaintiff's first request for production.  Defendant's discovery was due on July 11, 2021.

Among the items requested was physical inspection of the shoes the Defendant officers wore during the incident on September 1, 2018.  Defendants to date have produced only one Defendant's shoes.  Defendants have objected to a number of requests, and failed to produce all material discovery requested.  See Exhibit "A" in three parts.  Moreover, Plaintiff should be provided with more definite information about what if any privilege is claimed.

Defendants have not responded to Plaintiff's efforts to communicate on the outstanding discovery responses. Exhibit "B".  Plaintiff is still attempting to resolve these issues without need for further Court intervention.

Plaintiff seeks only an extension to address timely outstanding discovery issues informally and if necessary formally before the Court.  The granting of this motion will not jeopardize the rights of any party.

WHEREFORE, Plaintiff seeks respectfully prays the Court grant a thirty (30) day extension to address timely outstanding discovery issues, and for all other just and proper relief.

Respectfully submitted,

KARPE LITIGATION GROUP

By: *s/ Craig R. Karpe*
    Craig R. Karpe, #18726-02
    Attorney for Plaintiff
    KARPE LITIGATION GROUP
    19 West 19th Street
    Indianapolis, Indiana 46202
    (317) 251-1840

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2021 18, 2021 this was served to all counsels for defendants by email.


By *s/Craig R. Karpe*
    Craig R. Karpe



KARPE LITIGATION GROUP
19 West 19th Street
Indianapolis, Indiana 46202
(317) 251-1840