# Upchurch, Andrew J.

| | |
|---|---|
| **From:** | karpelitgroup <crkarpe@injurylaw.tv> |
| **Sent:** | Thursday, July 29, 2021 2:20 PM |
| **To:** | Upchurch, Andrew J. |
| **Subject:** | Estate of Daniels v. City of Indianapolis |

Andrew,

Regarding the shoes we requested, is there some time tomorrow I could come by and examine them?  Thank you.

Craig R. Karpe
KARPE LITIGATION GROUP
19 West 19th Street
Indianapolis, Indiana 46202
Phone: (317) 251-1840
Fax: (317) 536-0493

CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you.