UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, <br><br>Plaintiff, <br><br>v. <br><br>CITY OF INDIANAPOLIS, et al., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:20-cv-02280-JRS-MJD |

## AFFIDAVIT

I, Chris Craighill, being duly sworn and under oath, state as follows:

1. I am over the age of 18 and competent to testify in this case.

2. I have personal knowledge of the facts asserted in this affidavit.

3. I am employed by the Indianapolis Metropolitan Police Department ("IMPD") as a Detective.

4. I investigated the in-custody death of Paul Daniels for IMPD's Homicide Unit.

5. During my investigation, I learned that medics were dispatched to respond to the scene where Mr. Daniels was arrested on September 1, 2018 at 11:28 a.m.

6. I also learned that medics arrived on scene in an ambulance at 11:31 a.m.

## AFFIRMATION

I hereby affirm under the penalties of perjury that the foregoing representations are true to the best of my knowledge and belief.

Date: 9/6/21

_Christopher Craighill_
Chris Craighill