

# Marion County Coroner's Office
521 W McCarty St, Indianapolis, IN 46225
Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent: Paul Daniels
Age: 65 Years
Sex, Race: Male, African-American
Performed By: Christopher K. Poulos, M.D.
Autopsy Assistant: Christian Williams

Case: MC-18-2054
Date: 9/4/2018
Time: 08:30 a.m.
Performed for: MCCO

☒ **Autopsy**    ☐ **Partial**    ☐ **External Exam**

## CAUSE OF DEATH

Sudden Death in the Setting of Schizophrenia, Mild Hypertensive Cardiovascular Disease, Hepatic Steatosis, and Altercation with Law Enforcement Officers (see NOTE)

## MANNER OF DEATH

Undetermined

_____  3/27/19
Christopher K. Poulos, M.D., Chief Forensic Pathologist          Date

Decedent: Paul Daniels											Case: MC-18-2054

## **ANATOMIC/CLINICAL FINDINGS**
I. No evidence of significant traumatic injuries
II. Mild hypertensive cardiovascular disease
      A. Borderline cardiac hypertrophy (430 grams)
      B. Mild myocyte hypertrophy of the left ventricle
      C. Glomerulosclerosis
III. Moderate macrovesicular steatosis
IV. Status post resuscitation.
V. Reported history of schizophrenia and autism.
VI. See separate Toxicology Report.

Decedent: Paul Daniels                                                                                           Case: MC-18-2054

NOTE: The decedent had a reported history of schizophrenia and autopsy evidence of mild hypertensive cardiovascular disease, both of which can be associated with sudden death. Additionally, the decedent had moderate steatosis, and some causes of steatosis can result in sudden death. Finally, the decedent was involved in an altercation with law enforcement officers, but there was no evidence or history of significant traumatic injury, of choke hold use, of conducted electrical weapon deployment, of chemical agent (i.e. pepper spray) deployment, or of fist/baton strikes administered to the decedent. As many of these factors can be associated with sudden death, but there is not enough evidence to conclude that any one of these factors caused the decedent's death, the manner of death is categorized as "undetermined". Should further information become available, the cause and manner of death can be amended accordingly.

Personnel present at the time of autopsy include Detective Craighill, IMPD and Marilyn Schaler, Crime Lab.

CIRCUMSTANCES OF DEATH: The decedent was a 65-year-old African-American male with a reported history of past traumatic brain injury, schizophrenia, autism, and tobacco use. According to reports, the decedent lived with relatives who cared for him, but he had not seen a physician in approximately 10 years. The decedent was reported not to have used illicit drugs, alcohol, or prescription medications. According to his relatives, prior to his death, the decedent would occasionally hold or rub his chest as though experiencing pain. The decedent was last seen alive by his relatives at 10:00 PM on 08-31-2018 when a relative saw him go to bed. According to accounts provided by law enforcement officers, a responding medic, and a civilian witness the following sequence of events occurred thereafter. At approximately 11:09 AM on 09-01-2018, the decedent was witnessed on foot in a roadway to be weaving in and out of traffic. Per reports, a police officer was dispatched at approximately 11:10 AM and made contact with the decedent at approximately 11:15 AM. The police officer attempted to remove the decedent from traffic, and the decedent became combative and attempted to strike the officer. Eventually, when the decedent was in a grassy area, the police officer took him to the ground. Other officers were called and helped subdue the decedent, who continued to struggle and kick at the officers (a call describing a mild resister occurred at 11:20 AM). It is reported that one officer straddled the decedent and held the decedent down prone by his shoulders (using his hands) and that other officers assisted with restraining the decedent. At no time is it reported that strikes, conducted electrical weapons, chemical agents (i.e. pepper spray), hogtying, or joint manipulation was used to subdue the decedent. Additionally, it is reported that the pressure was not applied to the back of the decedent's neck and that firearms were not drawn. It is additionally reported that the decedent was told that once he stopped kicking, he would be moved from a prone to seated position. While the decedent was prone, an officer noticed that the decedent's lips were turning blue and medics were called and dispatched at approximately 11:28 AM. The decedent was rotated to a seated position by officers, and was noted to be less responsive, but responded to a sternal rub. When medics arrived at approximately 11:31 AM, the decedent was breathing at 10 breaths per minute and medics requested that the decedent be un-handcuffed. When a medic went to check the decedent's blood pressure, the decedent became unresponsive and CPR was initiated. The decedent could not be resuscitated and he was declared dead at 12:07 PM. The decedent's relatives discovered him to be missing at approximately 12:29 PM on 09-01-2018 and called in a missing person report. It is reported that the decedent had never previously wandered from his residence.

EXTERNAL EXAMINATION: The body is received in a zippered white body pouch and is identified by a coroner's identification tag on the left ankle.

PHOTOGRAPHS: Photographs are taken during the exam.

IDENTIFICATION: The decedent is identified by photograph on 09-01-2018.

Decedent: Paul Daniels                                                                                        Case: MC-18-2054

CLOTHING AND PERSONAL EFFECTS: Clothing and personal effects include a cut red sweatshirt, a cut red jersey, black pants, one black shoe, two black socks, and a pair of black underpants.

EVIDENCE OF MEDICAL INTERVENTION: Evidence of medical intervention includes an endotracheal tube in the airway (with an associated strap), minimal chest wall hemorrhage, fractures of the right ribs three through seven and left ribs three through six with minimal associated hemorrhage, a bandaged needle puncture in the left antecubital fossa, an intraosseous line in the left tibial region, and defibrillator pads.

EVIDENCE OF INJURY: Evidence of injury includes a 1/4th x 3/4th inch faint purple contusion of the left upper eyelid, a 1/2 inch faint red contusion on the right side of the face, a 3 x 2½ inch area of erythema of the right shoulder without underlying hemorrhage, a 2 x 2 inch area of erythema of the left shoulder without underlying hemorrhage, a 1/2 inch superficial scratch-like abrasion on the ventral aspect of the right forearm, a 3 inch oblique superficial scratch-like abrasion on the ventral aspect of the right forearm, a 3/8th inch red abrasion on the ventral aspect of the right forearm, a 1/2 inch superficial scratch-like abrasion on the dorsum of the right forearm, two 1 x 1/2 inch red abraded contusions on the dorsum of the right forearm, a 5 x 3 inch near circumferential red contusion of the right wrist potentially consistent with a restraint injury, a 1/16th inch healing red abrasion on the dorsum of the second digit of the right hand, a 1/2 x 3/8th inch red contusion on the ventral aspect of the left wrist, a 1/2 inch red contusion on the ventral aspect of the left wrist, a 2 x 1½ inch discontinuous red contusion on the dorsum of the left forearm, a 1¼ x 1 inch faint red contusion on the dorsum of the left forearm, a 5½ x 2½ inch red contusion on the dorsum of the left wrist that is near circumferential and is consistent with a restraint type injury. Within the area of distribution of this red contusion are 1/8th, 1/16th, and 3/4th inch red abrasions. Additional injuries include a 1/2 x 3/8th inch faint red contusion on the dorsum of the right foot and three 1/2 inch faint red contusions of the left lower leg.

Reflection of the skin of the back of the torso, neck, and extremities reveals a 3 x 0.5 cm area of subcutaneous hemorrhage on the ventral aspect of the left wrist, a 2 x 0.5 cm area of subcutaneous hemorrhage near the left antecubital fossa (not underlying the needle puncture), a 2.5 x 1.5 cm area of subcutaneous hemorrhage in the left popliteal fossa, a 2 x 0.8 cm area of subcutaneous hemorrhage in the left popliteal fossa, a 1.5 cm area of subcutaneous hemorrhage of the posterior aspect of the left shoulder, and a 1 cm area of subcutaneous hemorrhage near the ventromedial aspect of the right wrist. No additional significant internal injuries are identified.

No evidence of a shoe or boot print on the chest was observed prior to autopsy.

SCARS, TATTOOS, AND OTHER IDENTIFYING BODILY FEATURES: Scars, tattoos, and other identifying bodily features include a 3/4th inch hyperpigmented macule on the dorsum of the left hand and striae surrounding the buttocks.

GENERAL EXTERNAL EXAMINATION: The unembalmed body is that of a male, 72 inches in height, weighing 186 pounds. Rigor mortis is generalized. Livor mortis is posterior, purple, and blanchable. The body is cold (refrigerated). The scalp hair is brown, curly, and approximately 3/8th inch in length. The irides are brown with arcus senilis. The sclera and conjunctiva are markedly congested. but there are no additional lesions of the sclera or conjunctiva. No petechial hemorrhages are identified in the facial skin, sclera, conjunctiva or oral mucosa. The decedent wears a chin beard and mustache. The ears are unremarkable and appear to be unpierced; however, there is an umbilicated 1/4th inch nodule on the right ear lobule. Dentition is irregularly absent and in poor condition. Scant bloody fluid is within the oral cavity and it is uncertain if

Decedent: Paul Daniels                                                                                                      Case: MC-18-2054

this is related to the exposed roots of the teeth, to intubation, or to minor trauma. The trachea is midline. The thorax is well developed and symmetrical. The abdomen is flat to minimally protruberant with no palpable intraabdominal masses. The external genitalia are those of a normal appearing adult male. The testes are bilaterally descended within the scrotum and the penis appears to be circumcised. The anus contains stool but is without evidence of injury. The extremities are well developed and symmetrical with no significant cyanosis, clubbing, edema, or deformity. The fingernails are long, very irregular, dirty, and appear to have multiple age-indeterminate breakages. The feet and toes are not remarkable. The posterior aspects of the torso are symmetrical and devoid of any acute injury patterns. The general appearance is compatible with the reported age of 65 years.

INTERNAL EXAMINATION: The body is opened by the standard "Y"-shaped thoracoabdominal incision. All viscera occupy their appropriate anatomic relationships. The serosal surfaces are smooth and glistening throughout. There are no significant free fluid accumulations or adhesions within the body cavities.

CARDIOVASCULAR SYSTEM: The 430-gram heart occupies its usual mediastinal site. The external configuration is unremarkable. The epicardial surface is smooth and glistening. All major vessels arise in their appropriate anatomic relationships. The coronary arteries arise normally and are distributed in a right dominant pattern with less than 20% atherosclerotic narrowing of the left anterior descending coronary artery, minimal shallow bridging of the left anterior descending coronary artery, approximately 20% atherosclerotic narrowing of the left circumflex coronary artery, and approximately 20% atherosclerotic narrowing of the right coronary artery. The myocardium is firm, red-brown without areas of softening, hemorrhage or gross scarring. No abnormal communications exist between the cardiac chambers. Ventricular thicknesses are left 1.4 cm, right 0.7 cm, and septum 1.5 cm. The cardiac valves have thin pliable leaflets. The valve circumferences are 14 cm for the tricuspid valve, 9.5 cm for the pulmonic valve, 11 cm for the mitral valve, and 8.5 cm for the aortic valve. The valve cusps and surfaces are free of fusion or vegetation.

AORTA: The aorta is of normal caliber with all major arterial branches arising in their appropriate anatomic relationships. The elasticity is mildly decreased. The intimal surfaces have moderate calcific atherosclerosis which is particularly prominent near the bifurcation. There is no evidence of aneurysm formation or dissection. No systemic venous abnormalities or thrombi are present.

RESPIRATORY SYSTEM: The lungs weigh 610 grams on the right and 420 grams on the left. The upper and lower airways are patent and of normal caliber. The pleural surfaces are mildly anthracotic with occasional apical bullae. The parenchyma is well-expanded, light pink to dark red-purple exuding minimal amounts of blood and frothy fluid. There are no areas of induration, consolidation, hemorrhage or gross scarring. The pulmonary vessels are patent and of normal caliber.

DIGESTIVE/HEPATOBILIARY SYSTEM: The oropharynx is grossly normal and unobstructed. The esophagus is of normal caliber with a smooth white mucosal lining. The gastroesophageal junction is well defined. The stomach has intact mucosal surfaces and the lumen contains 50 ml of red liquid. No areas of ulceration, erosion, hemorrhage or scarring are present. The small and large intestines are externally remarkable for diverticula, but are without palpable masses. The appendix is present. The small and large intestines are opened to reveal chyme within the small intestines and a moderate amount of semi-formed stool within the large intestines. The lobular tan pancreas is firm without areas of fat necrosis, gross hemorrhage or space-occupying lesions. The pancreatic ducts are patent and of normal caliber.

Decedent: Paul Daniels                                                                                          Case: MC-18-2054

LIVER: The 1990-gram liver has a smooth and intact capsule covering a red-brown parenchyma. A 2 x 1 x 1 cm maroon liver mass is identified as most consistent with a hemangioma. No additional localized masses, lesions or areas of hemorrhage are evident on external or cut surfaces. The intrahepatic and extrahepatic ducts are patent and of normal caliber. The gallbladder contains viscid bile. The gallbladder mucosa is remarkable for cholesterolosis.

GENITOURINARY SYSTEM: The symmetric kidneys weigh 170 grams on the right and 150 grams on the left. They are of similar size and shape. The capsules strip with ease from the underlying smooth red-brown cortical surfaces. The cortices are sharply delineated from the medullary pyramids. A 0.3 cm nodule is at the corticomedullary junction of the left kidney. The calyces, pelves, and ureters are grossly not remarkable. The renal vessels are patent and of normal caliber. The urinary bladder contains clear yellow urine. The mucosal surfaces are flat and trabeculated. The prostate is enlarged and markedly nodular. The testes are examined to reveal no evidence of injury.

HEMATOPOIETIC SYSTEM: The 140-gram spleen occupies its usual anatomic site with an intact, smooth and glistening capsule covering a dark purple moderately firm parenchyma. Regional lymph nodes have their usual distribution and appearance. The red bone marrow is beefy red and unremarkable.

ENDOCRINE SYSTEM: The thyroid gland and adrenal glands are grossly not remarkable.

NECK: The cervical spine is structurally intact. The hyoid bone and thyroid cartilage are intact. An anterior neck dissection is performed. There are no hemorrhages in the strap muscles or soft tissues of the neck. The upper airway is patent.

MUSCULOSKELETAL SYSTEM: The bony framework, supporting musculature, and soft tissues are unremarkable except where described.

NERVOUS SYSTEM: The scalp is reflected in the usual fashion. There are no contusions, lacerations or abrasions. The is no skull fracture. The 1470-gram brain is covered by thin, clear, delicate leptomeninges. The dura mater and falx cerebri are intact. There is good preservation of cerebral symmetry, without flattening of gyri or widening of sulci. Convolutional patterns remain intact. External landmarks are readily identified. There is no evidence of herniation or either diffuse or localized swelling. The cerebral vessels are intact with no evidence of aneurysm or thrombosis. Atherosclerotic changes are mild. Multiple coronal sections of cerebrum, cerebellum, and brainstem reveal no localized hemorrhages, masses, or lesions. The ventricular system is symmetrical, non-dilated and filled with clear fluid. The basal ganglia are grossly normal. The atlanto-occipital articulation is grossly normal.

EVIDENCE: Evidence collected includes a purple top blood tube, a head hair standard, bilateral fingernail swabs, bilateral wrist and arm swabs, and clothing.

TOXICOLOGY: Toxicology specimens include urine, vitreous fluid, and femoral blood.

HISTOLOGY:

Heart and Coronary Arteries: The right ventricular myocardium is without significant pathologic changes. A representative section of septal myocardium is remarkable for vascular congestion and no additional significant pathologic changes. Examination of the left ventricular myocardium reveals mild myocyte

Decedent: Paul Daniels                                                              Case: MC-18-2054

hypertrophy and no additional significant pathologic changes. Representative sections of the coronary arteries confirm the presence of minimal atherosclerotic narrowing and that there is no evidence of plaque hemorrhage or occlusive thrombus.

Lungs: Sections of pulmonic parenchyma are remarkable for vascular congestion, edema, numerous pigmented macrophages within alveoli, anthracotic pigment deposition, slight bronchial basement membrane thickening (without evidence of other asthmatic changes), increased alveolar size with clubbing of septa, and no additional significant pathologic changes.

Liver: The liver is remarkable for a lesion comprised of numerous blood filled spaces with an unremarkable-appearing endothelial lining. This lesion is most consistent with a benign hemangioma. The non-neoplastic parenchyma is remarkable for moderate, predominately macrovesicular, steatosis and rare foci of chronic interstitial inflammation.

Kidneys: Sections of renal parenchyma are remarkable for numerous sclerotic glomeruli, foci of chronic interstitial inflammation, marked vascular congestion, a minute nodule consistent with a medullary fibroma, and no additional significant pathologic changes.

Spleen: A representative section of the spleen is without significant pathologic changes.

Pancreas: The pancreas is extensively autolyzed and without identifiable pathologic changes.

Thyroid: A section of the thyroid is remarkable for benign appearing follicles of varied shapes and sizes and rare lymphoid follicles. This is most consistent with a benign multinodular goiter.

Gastrointestinal Tract: A representative section of the esophagus is remarkable for vascular congestion, mild chronic inflammation, and no additional significant pathologic changes. Representative sections of the small intestine and colon are examined to reveal mild autolysis and no additional significant pathologic changes.

Brain: Multiple representative sections of the brain are remarkable for vascular congestion, calcification of vascular walls, rare foci of pigment laden macrophages within vascular spaces (potentially consistent with remote hemorrhage), and no additional significant pathologic changes.

**Note: Representative samples of body fluids, specimens and glass tubes and/or stock wet tissue sections in formalin, if any, will be retained for one year and then discarded, unless requested otherwise. Blood spot cards, histologic paraffin blocks and microscopic slides, if any, will be retained indefinitely.**

CKP/wjpl: cm/sk/00001273
DD: 09/24/2018
DT: 09/25/2018



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900   Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**   09/13/2018 15:12

| | |
|---|---|
| Patient Name | DANIELS, PAUL |
| Patient ID | 18-2054 |
| Chain | 18259313 |
| Age 65 Y | DOB |
| Gender | Male |
| Workorder | 18259313 |

**To:**   10782
Marion County Coroner's Office
Attn: Dominique Battles
521 W. McCarty Street
Indianapolis, IN   46225

Page 1 of 4

**Positive Findings:**

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Femoral Blood |
| Diphenhydramine | 60 | ng/mL | 001 - Femoral Blood |
| Creatinine (Vitreous Fluid) | 1.0 | mg/dL | 003 - Vitreous Fluid |
| Sodium (Vitreous Fluid) | 137 | mmol/L | 003 - Vitreous Fluid |
| Potassium (Vitreous Fluid) | >20 | mmol/L | 003 - Vitreous Fluid |
| Chloride (Vitreous Fluid) | 124 | mmol/L | 003 - Vitreous Fluid |
| Urea Nitrogen (Vitreous Fluid) | 22 | mg/dL | 003 - Vitreous Fluid |

See Detailed Findings section for additional information

**Testing Requested:**

| Analysis Code | Description |
|---|---|
| 8050U | Postmortem, Urine Screen Add-on (6-MAM Quantification only) |
| 8052B | Postmortem, Expanded, Blood (Forensic) |
| 1919FL | Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) |

**Specimens Received:**

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 9 mL | 09/04/2018 08:30 | Femoral Blood | |
| 002 | Gray Top Tube | 9 mL | 09/04/2018 08:30 | Femoral Blood | |
| 003 | Red Top Tube | 4 mL | 09/04/2018 08:30 | Vitreous Fluid | |
| 004 | White Plastic Container | 30 mL | 09/04/2018 08:30 | Urine | |

All sample volumes/weights are approximations.
Specimens received on 09/05/2018.

NMS v.18.0



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 18259313 |
| Chain | 18259313 |
| Patient ID | 18-2054 |

**Page 2 of 4**

## Detailed Findings:

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Femoral Blood | LC/TOF-MS |
| Diphenhydramine | 60 | ng/mL | 50 | 001 - Femoral Blood | LC-MS/MS |
| Creatinine (Vitreous Fluid) | 1.0 | mg/dL | 0.050 | 003 - Vitreous Fluid | Colorimetry |
| Sodium (Vitreous Fluid) | 137 | mmol/L | 80 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Potassium (Vitreous Fluid) | >20 | mmol/L | 1.0 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Chloride (Vitreous Fluid) | 124 | mmol/L | 70 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Glucose (Vitreous Fluid) | None Detected | mg/dL | 35 | 003 - Vitreous Fluid | Chemistry Analyzer |
| Urea Nitrogen (Vitreous Fluid) | 22 | mg/dL | 3.0 | 003 - Vitreous Fluid | Chemistry Analyzer |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

## Reference Comments:

1. Chloride (Vitreous Fluid) - Vitreous Fluid:

    Normal: 105 - 135 mmol/L

2. Cotinine (Nicotine Metabolite) - Femoral Blood:

    Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

    Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

    The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

3. Creatinine (Vitreous Fluid) - Vitreous Fluid:

    Normal: 0.6 - 1.3 mg/dL

4. Diphenhydramine (Benadryl®; Ingredient of Benylin and Panadol; Nytol; Unisom) - Femoral Blood:

    Diphenhydramine is an antihistamine with sedative and anti-emetic effects. It is rapidly absorbed following oral administration; however, it is frequently given IV. Patients taking this medication are usually warned against the operation of complicated machinery, because of its strong sedative effects.
    Following a single 50 mg oral dose of diphenhydramine, peak plasma concentrations at 2.3 hr averaged 66 ng/mL.
    Signs and symptoms of acute diphenhydramine toxicity include tremor, seizures, fever, respiratory depression and cardiac arrhythmias. The average blood diphenhydramine concentrations reported in fatal overdoses were 1400 ng/mL in infants, 4400 ng/mL in children and 15000 ng/mL in adults.
    The blood to plasma concentration ratio for diphenhydramine is approximately 0.80.

5. Glucose (Vitreous Fluid) - Vitreous Fluid:

    Normal: <200 mg/dL

    Postmortem vitreous glucose concentrations >200 mg/dL are associated with hyperglycemia.

    Since postmortem vitreous glucose concentrations decline rapidly after death both in vivo and in vitro, care should be taken in the interpretation of results. Stability of vitreous glucose for up to 30 days has been noted by NMS Labs when specimens are maintained frozen (-20°C).



**CONFIDENTIAL**

| | |
|---|---|
| Workorder | 18259313 |
| Chain | 18259313 |
| Patient ID | 18-2054 |

**Page 3 of 4**

### Reference Comments:

6. Potassium (Vitreous Fluid) - Vitreous Fluid:

   Normal: <15 mmol/L
   Quantitative results for Potassium will be affected if performed on gray top tubes since these collection tubes contain potassium oxalate.

7. Sodium (Vitreous Fluid) - Vitreous Fluid:

   Normal: 135 - 150 mmol/L
   Quantitative results for sodium will be affected if performed on gray top tubes since these collection tubes contain sodium fluoride.

8. Urea Nitrogen (Vitreous Fluid) - Vitreous Fluid:

   Normal: 8 - 20 mg/dL

### Sample Comments:

001    Physician/Pathologist Name: MD: POULOS

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 18259313 was electronically signed on 09/13/2018 14:11 by:

*Denice M Teem*

Denice M. Teem, B.S., D-ABFT-FT
Certifying Scientist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 1919FL - Electrolytes and Glucose Panel (Vitreous), Fluid (Forensic) - Vitreous Fluid

-Analysis by Chemistry Analyzer for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Chloride (Vitreous Fluid) | 70 mmol/L | Sodium (Vitreous Fluid) | 80 mmol/L |
| Glucose (Vitreous Fluid) | 35 mg/dL | Urea Nitrogen (Vitreous Fluid) | 3.0 mg/dL |
| Potassium (Vitreous Fluid) | 1.0 mmol/L | | |

-Analysis by Colorimetry (C) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Creatinine (Vitreous Fluid) | 0.050 mg/dL | | |

Acode 52441B - Diphenhydramine Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Diphenhydramine | 50 ng/mL | | |

Acode 8050U - Postmortem, Urine Screen Add-on (6-MAM Quantification only)

NMS v.18.0



| | CONFIDENTIAL | Workorder | 18259313 |
|---|---|---|---|
| | | Chain | 18259313 |
| | | Patient ID | 18-2054 |

Page 4 of 4

**Analysis Summary and Reporting Limits:**

-Analysis by Enzyme Immunoassay (EIA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamines | 500 ng/mL | Fentanyl / Metabolite | 2.0 ng/mL |
| Barbiturates | 0.30 mcg/mL | Methadone / Metabolite | 300 ng/mL |
| Benzodiazepines | 50 ng/mL | Opiates | 300 ng/mL |
| Cannabinoids | 50 ng/mL | Oxycodone / Oxymorphone | 100 ng/mL |
| Cocaine / Metabolites | 150 ng/mL | Phencyclidine | 25 ng/mL |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.