# Upchurch, Andrew J.

| | |
|---|---|
| **From:** | Upchurch, Andrew J. |
| **Sent:** | Tuesday, June 15, 2021 1:42 PM |
| **To:** | karpelitgroup |
| **Subject:** | RE: Estate of Daniels v. City of Indianapolis, et.al. |

Mr. Karpe:

IMPD has had a lot of officers out on vacation lately and I've been having trouble reaching folks about the information that you requested in your discovery requests. Thus, I was hoping to file a notice of an automatic initial extension of the deadline for filing a response to your requests under Local Rule 6-1(a).

Would you agree to a 28-day extension of the deadline for responding to your first set of requests for production and interrogatories under Local Rule 6-1(a)?

As for Ms. Woodson's contact information, Detective Craighill informed me that he did not take Ms. Woodson's statement at her address. But he was able to provide me with a telephone number of Ms. Woodson: 317-956-9123. I just spoke to her today and asked her if she'd be able to provide deposition testimony. She indicated that she is able to appear for a deposition and that her schedule is fairly flexible. Thus, if there is a date that you'd like to schedule her deposition, I'd be happy to coordinate with her to get that scheduled if you would like me to do that.

Sincerely,

Andrew J. Upchurch
Deputy Chief Litigation Counsel
Office of Corporation Counsel - City of Indianapolis Andrew.Upchurch@indy.gov
P: (317) 327-4055 F: (317) 327-3968
www.indy.gov

CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain information which is confidential, attorney work product and/or subject to the attorney-client privilege, and is intended solely for the recipient (s) named above. If you are not a named recipient, any interception, copying, distribution, disclosure or use of this transmission or any information contained in it is strictly prohibited, and may be subject to criminal and civil penalties. If you have received this transmission in error, please immediately call us collect at (317) 327-4055, delete the transmission from all forms of electronic or other storage, and destroy all hard copies. Do not forward this transmission. Thank you.

**From:** karpelitgroup <crkarpe@injurylaw.tv>
**Sent:** Wednesday, June 9, 2021 2:42 PM
**To:** Upchurch, Andrew J. <Andrew.Upchurch@indy.gov>
**Subject:** Re: Estate of Daniels v. City of Indianapolis, et.al.

Andrew,

Can you please get me the last known address of April Woodson as discussed?