IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CITY OF INDIANAPOLIS and INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, | ) ) ) ) ) | Case No. 1:20-cv-02280-JRS-MJD |
| STEPHEN GUYNN JR., in his individual and official capacity, | ) ) ) | |
| GEORGE ROSSMAN, in his individual and official capacity, | ) ) ) | |
| ELI RAISOVICH, in his individual and official capacity, | ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF KAY STOVER

Kay Stover, under penalties of perjury, deposes and says:

1. I am 80 years of age. This statement is made based on my personal knowledge, and I am competent to testify to the matters stated herein.

2. Paul Daniels was born on 11-20-1952. In 1970 Paul was a freshman at Lincoln University in Jefferson City Missouri, and had just been elected freshman class president. Paul played several instruments and enjoyed basketball.

3. On January 14, 1971, a group of young men attacked Paul Daniels near the Lincoln University, leaving him with brain injury and mental issues.

4. Paul Daniels was forced to drop out of school because of his mental disability. Eventually Paul's family had to take him in and care for him. After his injury, Paul did not like to be touched, and could respond aggressively.

5. On September 1, 2018, at age 65, Paul Daniels was living with me at my home, where I had been taking care of Paul after our sister died. That morning Paul wandered away from home on foot, which he had never done before. He was wearing one shoe.

6. I called 911 several times about Paul being missing on September 1, 2018. IMPD never got back to me until after Paul was dead.

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

SIGNATURE _[signature]_
Kay Stover

DATE: 4/6/2022

STATE OF INDIANA      )
                      ) SS
COUNTY OF MARION      )

On April 6, 2022, the above affidavit was subscribed, sworn, and acknowledged as a free act, before me as a Notary Public for said county and state, by Kay Stover, whose identity I verified as the person described above.

_____
Notary Public

Julie Frazee

My commission expires: Oct 26, 2029

JULIA FRAZEE
Notary Public, State of Indiana
Hendricks County
Commission Number NP0737058
My Commission Expires
October 26, 2029