*IMPD (CRAIG HILL)*

# FIELD DEPUTY REPORT

Owner: Gretchen Zoeller      Paul Daniels      Case Number: MC-18-2054

| Deceased - Name (First, Middle, Last) | Sex | Time Pronounced | Date of Death |
|---|---|---|---|
| Paul Daniels | Male | 12:07 PM | 09/01/2018 |

| Date Notified | Time Notified | Time Arrived |
|---|---|---|
| 09/01/2018 | 1:00 PM | 1:15 PM |

| Social Security Number | Age | Date of Birth | Birthplace (City and State or Foreign Country) |
|---|---|---|---|
| [redacted] | 65 years, 10 months, 12 days | 11/20/1952 | |

| Marital Status | Surviving Spouse (if wife, give maiden name) | Decedent Usual Occupation | Kind of Business/Industry |
|---|---|---|---|
| Never Married | | not employed | |

| Address Line 1 | Address Line 2 |
|---|---|
| 5816 Mustang Ct | |

| City | State | Zip Code | County of Residence | Citizen of What Country? |
|---|---|---|---|---|
| Indianapolis | Indiana | 46228 | Marion | United States |

| Decedent's Race | Decedent's Ethnicity | Decedent's Education |
|---|---|---|
| Black | No, not Spanish/Hispanic/Latino | |

| Place of Death? | Place of Death (Addl Info) | Armed Forces Service Member? |
|---|---|---|
| Other | 5800 Cooper Rd- back of ambulance | |

| Facility Name | City, Town, or Location of Death | County of Death |
|---|---|---|
| | Indianapolis | Marion |

| Father's Name (First, Middle, Last) | Mother's Name (First, Middle, Maiden Surname) |
|---|---|
| John Daniels | Earnestine Daniels |

| Informant's Name | Informant's Address |
|---|---|
| Candi Daniels | 5816 Mustang Ct |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| Indianapolis | Indiana | | neice |

| Next-of-Kin's Name | Next-of-Kin's Address |
|---|---|
| Kay Stover | 5866 Manning Rd |

| City | State | Zip Code | Informant's Relationship |
|---|---|---|---|
| Indianapolis | Indiana | | sister |

| Notification Made? | Notified Person's Name | Notified Person's Phone | Notification Time | Notification Date |
|---|---|---|---|---|
| Yes | Kay Stover | (317) 757-6977 | 3:00 PM | 09/01/2018 |

| Notified Person's Address Line 1 | Notified Person's Address Line 2 | Notification Made By |
|---|---|---|
| 5866 Manning Rd | | Chaplain 15 |

| Degree of Rigor | Position Found |
|---|---|
| Full Body | |
| Livor Location | supine on gurney in the back of an ambulance |
| Posterior | |

| Describe How Deceased Was Dressed |
|---|
| The decedent was clad in black socks, black pants that were cut by ems, a red jersey also cut and a red jacket with medical interventions in place. |

| Identification Method | Vehicle(s) Towed? |
|---|---|
| Photo | No |

# FIELD DEPUTY REPORT

Owner: Gretchen Zoeller          Paul Daniels          Case Number: MC-18-2054

## Injury Information

| Date & Time of Injury | | Place of Injury | | |
|---|---|---|---|---|
| 9/1/2018 11:15 AM | | side of the road | | |
| Address | City | County | State | Zip Code |
| 5800 Cooper Rd | Indianapolis | Marion | Indiana | 46228 |
| Description of How Injury Occurred | | | | |
| The decedent began having difficulty breathing after being restrained by officers. | | | | |

## On Scene Personnel

| Type | Name | Unit Number | Case Reference # | Phone # |
|---|---|---|---|---|
| Deputy Coroner | Gretchen Zoeller | 9 | | |
| Detective | Cragihill | 2125 | PD18095311 | |
| Police Officer | D Lewis | F234 | | |
| Other | Hayword | Medic 12 | | |

## Criteria

| Criteria for Case | Additional Information |
|---|---|
| Undeterminable | In Custody Death |

## Circumstantial

On 9/1/18 deputy Zoeller was notified via dispatch to respond to 5800 Cooper Rd to assist IMPD in the death investigation of a 65/B/M who died of indeterminate causes while in police custody.

## Identification and Notification

the decedent was positively identified via photograph by his sister as being Paul Daniels with DOB 11/20/1952.

LKA and Notification:
The decedent was last known to be alive at 10 PM on 8/31/18 by his sister who saw him go up to bed. The decedent's sister and neice realized he was missing at approximately 12:00 PM on 9/1/18 when they reported him missing. The decedents sister and niece were notified by chaplain 15, homicide and deputy Zoeller that the decedent had died.

# FIELD DEPUTY REPORT

Owner: Gretchen Zoeller                    Paul Daniels                    Case Number: MC-18-2054

## Past Medical History

According to the decedents sister, the decedent was autistic and a paranoid schizophrenic due to a traumatic brain injury due to an incident that occurred when the decedent was in college. The decedent, however, did not take any medications and did not see a doctor. The decedents sister could not remember the last time the decedent went to a doctor but said it had likely been over 10 years as he did not like to go. The decedent was minimally verbal and was taken care of by his niece and sister. The decedent smoked cigarettes but reportedly did not use illicit drugs or drink alcohol. The decedent had very poor hygiene and was malodorous.  The decedent sister indicated that he would not have complained about feeling poorly but that she had noticed him feeling his chest lately which she said was unusual.  The decedents sister indicated that he was not known to run away and had never done something like this before.

## Social History

The decedent is a 65/M who lives at 5816 Mustang Ct. The decedent was reportedly autistic and was originally cared for by his sister who died in January 2018.  The decedents niece moved in and took care of him aside from when she was working at which point the decedents sister would come stay with him. The decedent was reportedly never married and had no children. The decedent reportedly would not leave the residence and had never attempted to run away before.  The decedent was verbal but still needed constant care. The decedents sister reportedly bathed him and changed his clothing once a week. The decedent reportedly would either watch television or go sit on the porch and smoke cigarettes but rarely deviated from these 2 activities.

***According to the decedents sister, the decedent was to be moved to a nursing home on 9/3/18.  She indicated that she did not believed the decedent to be aware of this fact.

## Physical Exam

the decedent is a B/M observed lying supine on a gurney in the back of an ambulance. The decedent is clad in black socks, black pants that were cut by medics, a red jersey shirt also cut by medics and a red jacket. The decedent had 1 black shoe that was on the floor of the ambulance.  The decedent had medical interventions in place.  The decedents ankles were cuffed (cuffs were removed by IMPD and collected prior to transport).  The decedent appeared to have very poor hygiene. His nails were extremely long and had lots of dirt underneath them. The decedents belly button was also full of dirt. The decedent appeared to have lots of bruising all over his forearms and wrists in addition to some scabbing all over which appeared to be in later states of healing. The decedent also had abrasions on his shoulders that appeared consistent with the pattern of the decedents shirt. The decedent had grass on his face and was slightly damp, likely from being outside on the ground as he was reportedly restrained by officers on a grassy roadside area. The decedents skull was palpated and there were no observable fractures. Aside from the noted bruising, the decedent did not appear to have any significant trauma. The decedent was

# FIELD DEPUTY REPORT

Owner: Gretchen Zoeller          Paul Daniels          Case Number: MC-18-2054

very stiff and in rigor. Lividity was beginning to form on his posterior side and body temp was 98.7 F

## Terminal Episode

According to the decedents family, on 8/31/18 the decedents niece Candi, left for work at 7PM at which point the decedents sister Kay came to stay with the decedent. Kay indicated that the decedent went to be around 10 PM at which time she left the residence. Candi indicated that she arrived home on 9/1/18 at 1:30 AM and went to bed. On 9/1/18 at approx 11:20 AM Candi indicated that she woke up to a door slamming and believed the decedent to have gone out to smoke. The Kay returned to the residence and made the decedent lunch at 11:45 AM. At approx 12 PM both Candi and Kay realized the decedent was missing and filed a report with IMPD.

***On 9/1/18 at approx 11:00 AM a 911 caller indicated that there was an individual on foot weaving in and out of traffic, travelling north bound on Cooper Rd. An officer was dispatched to the location and observed the decedent in the 5800 block area. According to the detectives they attempted to get the decedent out of the road but he began cussing and shouting at them. The officer reportedly was able to get the decedent to a grassy area on the side of the road and asked for back up as the decedent was resisting. 2 additional officers arrived and helped get the decedent in wrist and ankle cuffs. When officers rolled the decedent over they indicated that the decedent was pale, lips were discolored and the decedent began having difficulty breathing. Officers called for medics who arrived on scene at 11:31 AM. The decedent was worked and pronounced nonviable at 12:08 by Medic Haywood.

## Disposition

The decedent was photographed, ID tag placed and the decedent was transported to MCCO for an exam.

## Scene Investigation

the decedent was located in the 5800 block of Cooper Rd. The decedent was observed supine on a gurney in the back of an ambulance. The decedent had reportedly been placed in custody in an area of the grass right outside of the ambulance. The area of grass appeared disheveled. No property was located on the decedent.

# FIELD DEPUTY REPORT

Owner: Gretchen Zoeller          Paul Daniels          Case Number: MC-18-2054

## Additional Comments

IN CUSTODY DEATH

Det Craghill will be present at autopsy on Tuesday.

No property was collected or noted on the decedent.

## Medication Information

| Med. Type | Description, if loose | Med. Name | Dosage Units | Amount Prescribed | Amount Remaining | Date on Label |
|---|---|---|---|---|---|---|