


**Indianapolis Metropolitan Police Department**

**GENERAL ORDER**

**4.7**

# MENTAL WRITS/IMMEDIATE DETENTIONS

## POLICY

During the normal course of duty, members of the Indianapolis Metropolitan Police Department (IMPD) may come into contact with individuals who display symptoms of a mental disorder. It is the policy of this department to train officers to work effectively with such individuals and treat them and their families with dignity and respect.

## DEFINITIONS

Dangerous - As used in this general order, 'dangerous' shall be defined as:

1. An individual who presents an imminent risk of personal injury to themselves or to another individual; or

2. An individual who may present a risk of personal injury to themselves or to another individual in the future and the person:

   a. Has a mental illness (as defined in IC 12-7-2-130) that may be controlled by medication, and the person has not demonstrated a pattern of voluntarily and consistently taking medication while not under supervision; or

   b. Has documented evidence that would give rise to a reasonable belief that the person has a propensity for violent or emotionally unstable conduct.

| NOTE | The fact that a person has been released from a mental health facility or has a mental illness that is currently controlled by medication, does not establish the individual as dangerous. |
|---|---|

Emergency Detention/Mental Writ – An emergency detention order, up to seventy-two (72) hours, that can be initiated by law enforcement officer, emergency medical personnel, family, friend, or anyone who believes the individual is:

1. Mentally ill;

2. Dangerous or gravely disabled; and

3. In need of immediate restraint.

Emergency Detention/Mental Writ requires a signed application, confirmation of receiving hospital, and signed physician's statement. This application is then submitted to the Marion County Superior Court Probate Division for approval and signature of the judge.

Gravely Disabled – A condition in which an individual, as a result of mental illness, is in danger of being harmed because the individual is:

1. Unable to provide food, clothing, shelter, or other essential human needs; and
2. Has a substantial impairment or an obvious deterioration of judgment, reasoning, and/or behavior.

Immediate Detention – A hold for up to twenty-four (24) hours, that can be initiated by a law enforcement officer, having reasonable grounds to believe an individual is:

1. Mentally ill;
2. An imminent danger to themselves or others or gravely disabled; and
3. In immediate need of hospitalization and treatment.

The individual will be apprehended and transported to the nearest appropriate medical facility.

Mental Illness – A psychiatric disorder that substantially disturbs an individual's thinking, feeling, or behavior and impairs the individual's ability to function. This includes intellectual disability, alcoholism, and addiction to narcotics or dangerous drugs.

**PROCEDURE**

**I. Operational Responsibilities**

A. An officer who has reasonable grounds to believe a person qualifies for an Immediate Detention, as defined above, may place that person under Immediate Detention. Signs that can lead to reasonable grounds include, but are not limited to, the following:

   1. General Appearance (Manner of dress and type of clothing, personal hygiene, avoiding eye contact or staring, etc.);
   2. Speech (Is the rate slow, fast, or halting? What is the volume? Is it flat or excited?);
   3. Mood (What is the individual's response to the question, "How are you doing?" What is their expression and attitude?);
   4. Any mention or threat of suicide (including gestures and/or attempts);
   5. Any threat or action to harm another individual;
   6. Observed violent or reckless behavior (including property destruction);
   7. Extreme agitation, anxiety, propensity for violence, or panic;
   8. Immobilized by some type of disorder (i.e. depression, improper medication, psychotic episodes, etc.) and unable to care for themselves;
   9. Extremely irrational, confused, illogical, or paranoid; and/or
   10. Alcohol/drug intoxication or withdrawal that could present an immediate health risk.





B. When communicating with an individual who may have a severe mental illness and/or is experiencing a crisis, certain tactics, attitudes and demeanors work best. Officers should attempt to:

1. Use the individual's name;
2. Speak calmly and quietly;
3. Keep a reasonable and safe distance;
4. Be honest, respectful, and helpful;
5. Respond to rage with quiet and calm reassurances;
6. Slow down the pace of the situation and be patient;
7. Give firm, clear, and simple directions;
8. Be willing to repeat yourself;
9. Ask, "Are you taking your medication?";
10. Ask, "What medications are you supposed to be taking?";
11. Listen carefully and do not interrupt;
12. Maintain a non-threatening stance;
13. Do not challenge delusions or hallucinations;
14. Use "I" statements (i.e. I understand); and/or
15. Make no sudden movements.

| NOTE | Although compassion must be used, officers must be cautious while handling an individual suffering from mental disorders. |
|---|---|

C. When an officer encounters an individual who they believe is dangerous, the officer has a lawful right to access and seize any firearms.

1. The probable cause section of the incident report must be completed detailing why the officer believes the individual is dangerous (see Section I, sub-section A. above).
2. The Firearms Investigative Unit will then screen the probable cause affidavit with the Marion County Prosecutor's Office (MCPO), and the case will be set for a hearing.
3. All firearms will be placed in the Property Section with the notation "Firearms seized from Dangerous Person" and shall be held as evidence.

| NOTE | Indiana Code permits an officer to obtain a search warrant for the seizure of firearms possessed by a dangerous individual. The probable cause affidavit for seizure of the firearms should be screened by the MCPO. |
|---|---|

## II. Immediate Detention

A. Officers may have situations where an individual needs to be placed under Immediate Detention for his/her own safety or the safety of others.

B. When taking an individual into custody for Immediate Detention, officers will adhere to the following guidelines:

1. The individual shall be restrained in accordance with procedures outlined in General Order 8.1 - *Prisoner Handling, Transportation, & Escape.*

2. An individual taken into custody under Immediate Detention status shall be handcuffed behind the back *unless exigent circumstances* exist.

C. A search of an individual and their possessions shall be conducted for weapons and/or items that would constitute an obvious threat to the safety of the individual, officer, or the public.

D. Officers must complete an *Immediate Detention* Form, IMPD Form No. 6-5-24 R4.

| NOTE | Mental health professionals do not have access to incident reports; therefore, it is crucial that the Immediate Detention Form contain all pertinent information. This includes but is not limited to the presence of weapons, use of SWAT, officer concerns, contact name and numbers for witnesses and family members. |
|---|---|

E. Officers will also complete an incident report using the offense "Immediate Detention" and detail the circumstances under which the individual was taken into custody. Officers will also complete and attach the IMPD CIT form within the incident report in InterAct.

F. Individuals placed under Immediate Detention shall be transported as soon as possible to the hospital or appropriate facility via wagon (if available), unless emergency medical treatment and continuous medical care is warranted.

1. If an individual is currently in treatment at a specific facility (e.g., VA hospital), they will be transported to that facility.

2. If the individual is transported by ambulance, an officer shall either follow the ambulance to the hospital in their department vehicle or, at the request of the medic, ride in the ambulance.

3. The individual must be transported to the hospital or appropriate facility, where they may be held up to twenty-four (24) hours for psychiatric assessment, along with a copy of the completed Immediate Detention Form.

| NOTE | If a question arises as to the appropriate method of transportation (e.g. police vehicle, wagon, ambulance, etc.) a supervisor shall be called to the scene to determine the appropriate method. |
|---|---|

G. Officers will close out their run with the CAD disposition "RPTCIT" for immediate detentions.

## III. Immediate Detention and Arrest

A. When an individual is placed under Immediate Detention and arrest, the individual will be transported to Eskenazi Hospital Detention Facility, even if Eskenazi Hospital is on diversion.

B. Officers will close out their run with the CAD disposition "ARCIT" when outright criminal offenses are charged against a person in addition to an immediate detention.

## IV. Mental Writs/Emergency Detention

A. The IMPD is responsible for serving court-ordered Mental Writs/Emergency Detention (ED) when necessary.

1. An individual taken into custody on IMPD's jurisdiction by a court-ordered Mental Writ/ED is to be transported by Marion County Sheriff's Office (MCSO) wagon to the mental health facility designated on the Mental Writ/ED order.

2. When an individual is taken into custody on IMPD's jurisdiction by a court-ordered Mental Writ/ED and is to be transported to a location outside of Marion County, MCSO wagon will transport the individual to Eskenazi Hospital and the MCSO will handle the transportation to the designated facility.

3. A copy of the Mental Writ/ED should be left with the treatment facility staff.

B. Marion County Superior Court, Probate Division is the issuing court for Mental Writs/ED and Orders for Apprehension and Return.

1. Marion County Superior Court, Probate Division will fax all Mental Writs/ED and Orders for Apprehension and Return to Marion County Sheriff's 911 Center. Fax (317) 327-3586.

2. Communications will then type a pending run on the appropriate district and notify the on-duty shift supervisor. Communications can email or fax the Mental Writ/ED or Orders for Apprehension and Return to the shift supervisor.

3. The shift supervisor is responsible for providing the next shift with the Mental Writ/ED or Orders for Apprehension and Return. If the individual was not located, the run shall be left open until service is complete.

4. In the event of a bad address or updated information reference a Mental Writ/ED or Orders for Apprehension and Return, officers shall contact the Marion County Superior Court, Probate Division Coordinator at Denise.Safford@indy.gov.

C. Officers will also complete an incident report using the offense "Mental Writ" and detail the circumstances under which the individual was taken into custody.

D. Officers will close out their run with the CAD disposition "RPTCIT" for mental writs that are served.

## V. Other reporting

When documenting incidents in which the officer believes a mental illness is a contributing factor, officers will use the offense code "Mental Investigation" when the offense codes "Immediate Detention" or "Mental Writ" were not applicable. Officers will also attach and complete the IMPD CIT form within the incident report in InterAct.

## VI. Mental Illness Referrals

A. In cases where there is not a need for an Immediate Detention and mental illness is suspected, officers can refer to the National Alliance on Mental Illness (NAMI) Indianapolis website at www.namiindy.org or call 317-257-7517.

B. NAMI Indianapolis contains a list of community mental health programs, resources, and facilities.

C. Officers should attempt to make contact with family or mental health facilities on behalf of the individual in need, when possible.

## VII. Training

A. While attending the IMPD Academy, recruit officers will receive training on how to deal with individual(s) with a mental illness.

B. Officers shall also receive state-mandated in-service training on the subject annually.

## VIII. Crisis Intervention Team

A. The Crisis Intervention Team (CIT) is a community partnership that includes law enforcement and health care providers providing assistance to mental health individuals and their families.

B. CIT officers receive advanced training in handling individuals with a mental illness and will become part of a specialized team.

1. These officers become 'first responders' for calls involving individuals with mental illness who are experiencing a mental health crisis.

2. CIT officers will work with the community to help restore individuals to a 'pre-crisis' level of functioning.

C. CIT training consists of multiple curriculums that are provided by local mental health providers, legal experts, and family advocates. Training to become a CIT officer shall include, but not be limited to, the following:

1. Case Management;
2. Legal issues;
3. Special populations;
4. Psychopharmacology;
5. De-escalation techniques; and
6. Effective use of community resources.