IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| CITY OF INDIANAPOLIS and INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, | ) ) ) ) ) | Case No. 1:20-cv-02280-JRS-MJD |
| STEPHEN GUYNN JR., in his individual and official capacity, | ) ) ) ) | |
| GEORGE ROSSMAN, in his individual and official capacity, | ) ) ) ) | |
| ELI RAISOVICH, in his individual and official capacity, | ) ) ) ) | |
| Defendants. | ) | |

**REPORT AND AFFIDAVIT OF DR. DANIEL SCHULTZ**

Dr. Daniel Schultz, under penalties of perjury, deposes and says:

1. I am 57 years of age. This statement is made based on my personal knowledge, education, professional experience, and review of the following materials regarding Paul Daniels:

> Paul Daniels Final Autopsy Report
> Field Deputy Report
> Report of Dr. Sozio
> Dr. Poulos Deposition
> Capt. Cochran Affidavit with Photos
> Deposition of Sgt. T. Wilson
> Deposition of Off. Guynn
> Deposition of Off. Rossman

1

Kay Stover Affidavit
Deposition of Michelle Haywood
EMS Run Report for Paul Daniels
Affidavit of Craighill

2. Exhibit "A" is a true and accurate statement of my curriculum vitae including my education and experience as a medical doctor, pathologist, medical examiner, and expert witness.

3. To date I have been paid $2,100.00 for my expert services herein. My fees schedule is attached as Exhibit "B".

4. Officers Stephen Guynn Jr., George Rossman, and Eli Raisovich are law enforcement officer for the Indianapolis Metropolitan Police Department.

5. On September 1, 2018 at 11:09 AM Officer Steven Guynn was dispatched to check on the welfare of a black male who was walking in and out of traffic. Guynn Deposition pg. 26 lines 6-14.

6. Officer Guynn arrived at the intersection of 56th Street and Cooper Rd. and stopped at the traffic light. He observed a subject matching the description staggering in and out of traffic. Guynn Deposition pg. 30 lines 2-12.

7. Officer Guynn pulled up behind the black male, later identified as Mr. Paul Daniels, and parked the patrol car. Guynn Deposition Pg. 31 lines 5-13.

8. After a short physical altercation, Officer Guynn took Daniels to the ground in the grass beside the road, cuffed him and called in "mild resistor" at 11:20:11. Guynn Deposition pg. 97 – 98.

9. Off. Rossman arrived at the scene between 11:20 and 11:22am. Rossman Deposition, pg 10 line 18 – 20. Guynn Deposition, pg. 98 lines 5 -7

10. According to Off. Rossman, Off. Guynn had Daniels handcuffed prone on stomach when Rossman arrived on scene. Rossman Deposition, pg. 19 lines 4 – 12.

11. Daniels remained cuffed prone on ground on his stomach when. Sgt. T. Wilson arrived. Rossman Deposition pg. 18 line 23 to pg. 19 line 1.

12. The officers were holding Daniels handcuffed and shackled prone on stomach because he was resisting. Rossman Deposition, pg. 14 lines 2 – 6.

13. Eventually Daniels became calm and stopped making noise. Guynn Deposition pg. 61 lines 1- 3. Mr. Daniels stopped struggling. Rossman Deposition pg. 20 lines 16 – 17.

14. When Sgt. T. Wilson came on the scene he noted Daniels was still cuffed and shackled on his stomach. Wilson p 23 ln 7 - 8.

15. When Sgt. T. Wilson arrived, Off. Guynn was holding Daniels' down with his hands, arms and elbows on Daniels' shoulders from behind. Wilson Deposition, pg. 53 lines 9 – 19.

16. Off. Guynn weighed between 285 and 300 pounds at the time he was holding Daniels down. Guynn Deposition, pg. 76 lines 15 – 23

17. Sgt. T. Wilson stated to Officers Guynn, Rossman, and Raisovich regarding Daniels:

```
20   'Let's roll
21   him over and sit him up so we don't get into
22   positional asphyxiation issues.' They started
23   giving him commands saying, 'Hey, roll over, roll
18.  over.' He wasn't responding.
```

3

18. When the officers rolled Daniels over from the prone position and set him up, he was unresponsive and his head fell forward. They tipped Daniels' head back and he started to take shallow breaths. Wilson Deposition, pg. 42, line 25 to pg. 43 line 8.

19. According to Medical Examiner Field Deputy Report, she was told when officers rolled the decedent over they indicated that the decedent was pale, lips were discolored and the decedent began having difficulty breathing. Field Deputy Report, page 4, "Terminal Episode", para 2.

20. Off. Guynn called by radio for the ambulance immediately when Daniels was set up and unresponsive. Wilson Deposition, pg. 26 line 2 - 9. He made the call at 11:27:04. Affidavit of Craighill.

21. The officers do not state in their depositions that they made any other efforts to resuscitate Paul Daniels after he was seen to be unresponsive before the ambulance arrived.

22. Based on the information available to me at this time regarding the death of Mr. Paul Daniels, a 65 yr old man, it is my opinion as follows:

 a. CAUSE OF DEATH: Stress and impediment of respiration due to complications of police restraint with prone position and pressure applied to shoulders.

 b. CONTRIBUTORY CAUSE: Hypertensive heart disease; Chronic obstructive pulmonary disease; Schizophrenia and autism with paranoia and aggression

 c. MANNER: Homicide (Police intervention with restraint procedure)

 d. Considerations:

  (1). After restraint had been established (handcuffs/ leg cuffs), it is more probable than not that the persistent application of pressure to his shoulders (and thus torso) in the prone position harmed Mr. Daniels thus leading to hypoxia. Mr. Daniels was

pushed down with enough pressure to leave hematomas on the front of his shoulders. It was recognized that Mr. Daniels was unresponsive after an approximate 5 minute period of restraint. When sat up he reportedly started taking shallow breaths. The application of pressure to the torso/shoulders in the company of the prone positioning over what was by witness testimony as at least a 5 minute period after the restrains were initially applied was unnecessary from an arrest perspective and only further exacerbated hypoxia.

(2). Movement from his prone position to a lateral position more likely than not would have prevented this outcome. It is probable that earlier removal of pressure to the back and movement to a better air exchange position would have enabled him to regain unobstructed/impinged respirations.

(3). After recognition of unresponsiveness and shallow respirations, Mr. Daniels' pulse should have been checked by police. It is more likely than not that administration of basic resuscitation measures when he became unresponsive would have led to a prevention of his death and led to a better outcome.

(4). It is unlikely that Benadryl contributed to Mr. Daniels' death in my opinion. It may have furthered his initial behaviors that day. His blood level was commensurate with the expected dose one might see after one dose of typical diphenhydramine preparation. While some individuals may express agitation with presence diphenhydramine, toxic effects rising to the level of being reasonably additive to the other traumatic and physical circumstances are unlikely.

22. The list of every case I have provided expert witness services in the past 4 years is currently being updated and will be supplied separately.

5

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

SIGNATURE: *[signed]* Daniel Schultz, MD

DATE: 4/8/22

STATE OF INDIANA    )
                                ) SS
COUNTY OF MARION  )

On April 8, 2022, the above affidavit was subscribed, sworn, and acknowledged as a free act, before me as a Notary Public for said county and state, by Dr. Daniel Schultz, whose identity I verified as the person described above.

*[signed]* Julia Frazee
Notary Public
Julia Frazee

My commission expires: Oct 26, 2029

JULIA FRAZEE
Notary Public, State of Indiana
Hendricks County
Commission Number NP0737058
My Commission Expires
October 26, 2029

# Curriculum Vitae

# DANIEL L. SCHULTZ, M.D.

dschultz@theautopsydoctor.com
813-610-2996 Cell
813-830-7420 Fax
www.theautopsydoctor.com

## BOARD CERTIFICATIONS

| | |
|---|---|
| 09/15/98 | American Board of Pathology: Forensic Pathology |
| 06/11/97 | American Board of Pathology: Anatomic and Clinical Pathology |
| 05/01/92 | National Board of Medical Examiners, Diplomate |

## MEDICAL LICENSURE

| | | |
|---|---|---|
| 1995 - present | Florida | #ME 91077  Expires 1/31/2022 |
| 1990 - 1996 | Michigan Educational (Residency) | |
| 1996 - present | Michigan | #4301055984  Expires 1/31/2021 |
| 1997 - present | Ohio | #35-07-3291  Expires 01/01/2022 |
| 2016 - present | California | #146744  Expires 8/31/2022 |
| 2017 - present | Georgia | #077422  Expires 8/31/2022 |
| 2020 - present | Virginia | #0101269754 Expires 8/31/2022 |

## CERTIFICATIONS

September 2019    Certified Tissue Bank Specialist (CTBS) American Association of Tissue Banks

## PROFESSIONAL WORK EXPERIENCE

| | |
|---|---|
| 06/21-present | Director of Medical Affairs, LifeNet Health, 1864 Concert Drive, Virginia Beach, Virginia |
| 12/19-06/21 | Vice President, Medical Affairs and Medical Director, LifeNet Health, Virginia Beach, Virginia |
| 10/19-12/19 | Consultant, LifeNet Health, Virginia Beach, Virginia |
| 7/15- present | President and Medical Director, Final Diagnosis, Inc. Unit E-20 501 South Faulkenburg Road, Tampa, FL 33619.   Providers of private medical autopsy, forensic autopsy, forensic pathology consultative services, tissue banking consultative/contractual services, laboratory consultative/contractual services |
| 4/06 – 03/20 | Medical Director, Tissue Banking Services, LifeLink Foundation, Tampa, FL |
| 8/07 – 03/20 | Microbiology Lab Director, LifeLink Tissue Bank, LifeLink Foundation, 9661 Delaney Creek Blvd, Tampa, FL 33619 |
| 2/19 – 1/20 | Forensic Pathologist/Lab Director, West Michigan Forensic Pathology Services Authority, Big Rapids, Michigan |
| 8/17 – 12/19 | Associate Medical Director, Stimlabs, Roswell, Georgia |
| 12/18 – 12/19 | Laboratory Director, VRL Eurofins, Cincinnati, Ohio |

| | |
|---|---|
| 3/06 - present | Associate Medical Examiner, District 12 Medical Examiner's Office, Russell Vega, M.D., Sarasota, Florida 34239 (part time coverage) |
| 12/06 - present | Associate Medical Examiner (rare part time locum coverage), District 22 Medical Examiner's Office, Riazul H. Imami, M.D., Ph.D., Port Charlotte, Florida |
| 11/17 – 2/19 | Associate Medical Examiner, Hillsborough County (District 13) Medical Examiner's Office, 11025 N 46th Street, Tampa, FL, 33617 |
| 8/17- 4/18 | Staff Forensic Pathologist, Sparrow Hospital, Lansing, Michigan (part time coverage) |
| 7/17-9/17 | Associate Medical Examiner, Fulton County Medical Examiner's Office, Atlanta, Georgia (part time coverage) |
| 4/06 - 2010 | Co-Director, Transplant Immunology Lab, Infectious Disease Testing Components (Nucleic Acid Testing), LifeLink Foundation, Tampa, Florida |
| 12/07 – 4/17 | Associate Medical Examiner (locum coverage), District 21 Medical Examiner's Office, Rebecca Hamilton, M.D., Fort Myers, Florida |
| 2/08 - 10/08 | Associate Medical Examiner, District 13 Medical Examiner's Office, Vernard Adams, M.D., Tampa, Florida (locum coverage) |
| 11/07 – 12/19 | Forensic Pathologist, Genesee County Medical Examiner's Office (locum coverage), Flint, Michigan, Brian Hunter, M.D. |
| 1/05 - 2/06 | Associate Medical Examiner, District Six Medical Examiner's Office, Jon R. Thogmartin, M.D., P.A., Largo, Florida |
| 8/97 - 1/05 | Deputy Coroner and Senior Forensic Pathologist, Hamilton County Coroner's Office, Cincinnati, Ohio |
| 9/98 - 1/05 | Adjunct Assistant Professor of Pathology, University of Cincinnati College of Medicine, Cincinnati, Ohio |
| 7/03 - 1/05 | Contractual and consulting forensic pathologist, Butler County Coroner's Office, Hamilton, Ohio |
| 7/00 – 7/15 | Private autopsy and consultation services, Daniel Schultz, M.D., (sole proprietor, private practice) |
| 10/96 - 7/97 | Contractual forensic pathologist, Jackson County Medical Examiner's Office, Jackson, Michigan |
| 7/96 - 6/97 | Contractual forensic pathologist, Oakland County Medical Examiner's Office, Pontiac, Michigan |
| 9/92 - 7/94 | Surgical pathology locum, Munson Medical Center, Traverse City, Michigan |

**RESIDENCY AND FELLOWSHIP**

| | |
|---|---|
| 7/95 - 6/96 | Forensic Pathology Fellow, Hillsborough County (District 13) Medical Examiner's Office, Tampa, Florida |
| 4/91 - 6/95 7/96 - 1/97 | Anatomic and Clinical Pathology resident, William Beaumont Hospital, Royal Oak, Michigan |
| |    1993-1994, Chief Resident, Anatomic Pathology |
| |    1994-1995, Chief Resident, Clinical Pathology |
| 7/90 - 10/90 | Anesthesiology Resident (Intern), Providence Hospital, Southfield, Michigan |

**EDUCATION**

| | |
|---|---|
| 9/86 – 6/90 | Medical Doctor, Michigan State University College of Human Medicine, East Lansing, Michigan |
| 9/82 – 4/86 | Bachelor of Arts in Chemistry, Wayne State University, Detroit, Michigan |
| 9/79 – 6/82 | High School Diploma, Bentley High School, Livonia, Michigan |

**OTHER POSTGRADUATE ACTIVITY**

| | |
|---|---|
| 11/90 - 3/91 | Research Associate, Magnetic Resonance Imaging, Michigan State University College of Human Medicine, East Lansing, Michigan |

**PROFESSIONAL MEMBERSHIPS**

American Academy of Forensic Sciences - Fellow 1996 - present
National Association of Medical Examiners – Fellow 1996 - present
Florida Association of Medical Examiners - Member 2004 - present
American Association of Tissue Banks - Member 2006 -present
Michigan Association of Medical Examiners - Member 1997-2004
Hillsborough County Medical Association – Member 2018 - present

**HONORS AND AWARDS**

LifeNet Health Distinguished Service Award, 2020
Michigan State University College of Human Medicine
      High honors in Surgery
      Honors in Infectious Disease course
      Commendations in Medical Ethics and Clinical Sciences
Wayne State University Merit Scholarship, undergraduate full tuition, 1982-1986
Wayne State University Honors Program, 1982-1986

**PUBLICATIONS**

Ziegler, A., Williams, T., Yard, N., Schultz, D. Bundock, E., Fatalities due to Failure of Continuous Subcutaneous Insulin Infusion Devices: A Report of Six Cases, Journal of Forensic Sciences, 2018, doi: 10.1111/1556-4029.13841

Lee, D., Chronister, C., Broussard, W., Utley-Bobak, S., Schultz, D., Vega, R., Goldberger, B., Illicit Fentanyl-Related Fatalities in Florida: Toxicological Findings, Journal of Analytic Toxicology, 2016,40; 588-594

Pinckard, J., Geiselhart, R.., Moffatt, E., Schmunk, G., Schultz, D., Utley, S., Wetzler, S. "National Association of medical Examiner's Position Paper: Medical Examiner Release of Organs and Tissues for Transplantation", Academic Forensic Pathology, 2014, 4 (4): 497-504

Jason, D.(Presiding Officer of Committee), Schultz, D. (Advisor to Committee), Eidbo, E., (Advisor to Committee) and other former committee members, "SWGMDI's Standards for Interactions Between Medical Examiner/Coroner Offices and Organ and Tissue Procurement Organizations and Eye Banks" Strategic Working Group for Medicolegal Death Investigation, ratified but currently pending public release, May, 2013

Schultz, D., "When to Autopsy: Idealistic and Realistic Considerations", Invited Review, Academic Forensic Pathology, 2012 (2): 110-119

Hinely, R., Kamm, C., Schultz, D., Brubaker, S. (co-editors), et al "Evaluation of Body Cooling at Standard D5.400 [no. 7, October 27, 2011], AATB Guidance Document

Assistance acknowledgement, Practice Guidelines for Florida Medical Examiners, adopted July 28, 2010, Florida Association of Medical Examiners

Schultz, D.L.: Merits of the Autopsy in Determining Tissue Suitability, *Tissue Connection, A LifeLink Tissue Bank Newsletter*, Volume 2, Issue 3, Summer 2009, pages 1 and 2 (non-peer reviewed, in house publication)

Dean, D.E., Schultz, D.L., Powers, R.H.: Asphyxiation due to Angiotensin Converting Enzyme (ACE) Inhibitor Mediated Angioedema of the Tongue During the Treatment of Hypertensive Heart Disease, *Journal of Forensic Sciences*, 2001; 46(5): 1239-1243.

Balko, M.G., Schultz, D.L.: Sudden Death due to Central Neurocytoma, The *American Journal of Forensic Medicine and Pathology*, 1999; 20(2): 180-183.

Schultz, D., Farkas, D.: B- and T-Cell Gene Rearrangement Test: An Overview of Application and Methodology, *Clin Lab Sci,* 1993; 6: 291-294.


## ABSTRACTS

Michalski, J. Schultz, D, Fatal Brodifacoum Poisoning with Synthetic Marijuana, (Platform presentation at the National Association of Medical Examiners Meeting Oct., 2019, Kansas City, MO

Phoutthasone, T., Devers, K, Schultz, D, Getting it Right: How Seemingly Obvious Manners of Death can Change through Historical and Autopsy Investigations (Poster presentation at the American Academy of Forensic Sciences Meeting, February 22-27, 2016

Sustaining and Saving Life- Understanding Organ and Tissue Recovery, Panelist, National Association of Medical Examiner's Annual Meeting, Sunday, September 21, 2014

Schultz, D., Terry, C. Frist, B, What Can Tissue Banking Data Do For the Medical Examiner?: Tissue Procurement Cultures Can Help Identify Infectious Causes of Death. (Platform Presentation at the National Association of Medical Examiners Meeting, Holland America Alaskan Cruise, August 7, 2011)

Schultz, D., Fatal Oropharyngeal Angioedema and Tissue Basophilia Associated with Angiotensin II Receptor Blocker Therapy for Hypertension (Platform Presentation at the National Association of Medical Examiner's Meeting, Cleveland, Ohio, October 6, 2010).

Roesel, G., Schultz, D.: Toilet Paper Pica: Altered Gastrointestinal Absorption, Subtherapeutic Drug Levels, and Fatal Consequences, (Platform presentation: National Association of Medical Examiner's Annual Meeting in San Jose, California, September 20, 2003).

Schultz, D., Christensen, E., Pfalzgraf, R.: Swimming Pool Electrocutions Due to Faulty Wiring: Two Cases and Two Near Misses, (Platform presentation: National Association of Medical Examiner's Annual Meeting in San Jose, California, September 20, 2003)

Schultz, D., Crisan, D., Farkas, D., Hankin, R., Bernacki, E., Chen, J: Molecular Diagnostic Testing of Lymphomas in Body Fluids, *Ann Clin Lab Sci*, 1994; 24:191, (Platform presentation: 42nd meeting of the Association of Clinical Scientists in Toledo, Ohio, November 1993).

Schultz, D., Huang, T., Late Onset Pineoblastoma with Pineocytic Differentiation, *Can J Neur Sci*, 1993: 20:86, (Poster presentation: Canadian Association of Neuropathologists 32nd Annual Meeting in Toronto, Canada, September 1992).

McTague, C., Aughton, D., von Oeyen, P., Schultz, D.: Concurrence of Hereditary Renal Adysplasia, Asplenia and Double Outlet Right Ventricle, *Am J Hum Genet*, 1992; 51:A321.

Ryan, R., Honn, K., Lah, T., Schultz, D., Sloane, B.: Purification of Cathepsin B-like (CB) Enzymes from Murine B16 Amelanotic Melanoma, *The Pharmacologist*, 1985; 27:285.

**PRESENTATIONS**

"What It's Like Being A Forensic Pathologist" invited speaker, Pre-Medical Honor Society at Florida Southern College, Zoom presentation live, Monday, February 28, 2022 from 5:30-7:00pm

"Enhancing Death Investigation via Organ, Tissue and Eye Donation: It Really Can Happen!" invited speaker, Association of Organ Procurement Associations (AOPO) live webinar, Thursday, March 26th at 2:00pm

"The Forensic Autopsy", invited speaker, American Osteopathic Association Annual OMED meeting, Pathology Section, Baltimore, Maryland, October 27, 2019

"Traffic Accidents" Presentation for "Morgue Day", West Michigan Forensic Pathology Services Authority, Big Rapids, Michigan August 28, 2019

It's Not All About Bullets: The Forensic Pathologist as Family (and Societal) Doctor When You Need Them Most"; Presentation for "Morgue Day", West Michigan Forensic Pathology Services Authority, Big Rapids, Michigan February 28, 2019

"Medicolegal Consulting/Private Practice Forensics" Workshop/panel discussion and presentations along with: J. Melinek, MD, K. Sperry, MD, D. Schultz, MD, J. Arden, MD, G Goldfogel, MD, A. Gruszecki, MD (note: primary author listing in NAME Meeting listed only as J. Melinek, MD but was a collaborative presentation) October 14, 2018

"Bring Your Own Slides: Organ and Tissue Donation"; Host/Presenter, funded by the American Association of Tissue Banks and Association of Organ Procurement Organizations, occurring during the National Association of Medical Examiner's Annual Meeting, West Palm Beach, FL Sunday, October14, 2018

"Opioid Autopsy", invited speaker, American Osteopathic Association Annual OMED meeting, Pathology Section, Marriott Marquis San Diego Marina, San Diego, CA, Sunday, October 7, 2018

"Blunt Force Trauma: A Mechanistic Approach", invited speaker, American Osteopathic Association Annual OMED meeting, Pathology Section, Marriott Marquis San Diego Marina, San Diego, CA, Sunday, October 7, 2018

"Organ and Tissue Procurement" invited talk highlighting recent Hillsborough County trauma cases and a case as relevant example for discussions about the process and details regarding tissue/organ donations, Hillsborough County Trauma Advisory Committee, 9:45 – 10:30 am, June 19, 2018

"From Report to Implant: The Journey of an Allograft"; Puerto Rico Medical Examiner's Office and LifeLink of Puerto Rico, San Juan, Puerto Rico, June 22, 2018

"Wearing Other Shoes: Observations from a Forensic Pathologist and Tissue Banker" one-hour lecture for both Puerto Rico Medical Examiner's Office and LifeLink of Puerto Rico, San Juan, Puerto Rico, June 22, 2018

"The Rate Limiting Step to Tissue Eligibility Determination: Autopsy, Toxicology, and Investigational Data", one-hour lecture for both Puerto Rico Medical Examiner's Office and LifeLink of Puerto Rico, , San Juan, Puerto Rico, June 22, 2018

Blunt and Impact Traumas, Invited Speaker in Forensic Pathology Course, University of South Florida, Graduate and Postdoctoral Affairs School of Biomedical Sciences, Morsani School of Medicine, February 7, 2018

Trauma Grand Rounds, Tampa General Hospital (TGH), February 23, 2018

Trauma Grand Rounds, one hour invited lecture, St. Joseph's Hospital Main Campus, January 16, 2018
"Traffic Accidents: Why do We Autopsy Them?", St. Joseph's Hospital, Tampa, Florida

Donation: Bring Your Own Slides; Moderator/Host, Provided/Funded by the American Association of Tissue Banks and Association of Organ Procurement Organizations, occurring during the National Association of Medical Examiner's Annual Meeting, Sunday, October15, 2015

"Toxicology: What Makes as Suitable Tissue Donor", American Association of Tissue Banks QA/Donor Suitability Meeting, Indianapolis, IN, May 9, 2017

"Ask the AATB Chairman/CEO", Chairman of the Board Open Dialogue, American Association of Tissue Banks, QA/Donor Suitability Meeting, Indianapolis, IN, May 10, 2017

Donation: Bring Your Own Slides; Moderator/Presenter, sponsored by the American Association of Tissue Banks/Association of Organ Procurement Organizations, occurring during the National Association of Medical Examiner's Annual Meeting, Minneapolis, MN, Sunday, September 11, 2016

Forensics and Donation: Working with Medical Examiners and Coroners, Invited Speaker/Presentation, Association of Organ Procurement Organizations, Annual Meeting, Austin, TX, June 21, 2016

Update on Zika Virus (ZIKV), Invited Speaker/Presentation, Association of Organ Procurement Organizations, Annual Meeting, Austin, TX, June 20, 2016

Background of Zika Virus (ZIKV) and the Puerto Rico Experience/Considerations, Quality and Donor Suitability Meeting, American Association of Tissue Banks, Newport Beach, CA, April 12,1016

"The Alfred Anglin Autopsy", selected informal evening presentation at American Academy of Forensic Sciences Bring Your Own Slides Event, Las Vegas, NV, February 24, 2016

"Motor Vehicle Deaths" Pathology Workshop , Sponsored by the William Maples Center for Forensic Medicine, University of Florida, Sirata Beach Resort, St. Pete beach, FL October 28, 2015

"Asphyxial Deaths (Including Autoerotic and Drowning)" Pathology Workshop , Sponsored by the William Maples Center for Forensic Medicine, University of Florida, Sirata Beach Resort, St. Pete beach, FL October 28, 2015

"Electrical and Fire Related Deaths (including Environmental Exposure)" Pathology Workshop , Sponsored by the William Maples Center for Forensic Medicine, University of Florida, Sirata Beach Resort, St. Pete beach, FL October 28, 2015

Donation:  Bring Your Own Slides; Moderator/Presenter, Provided/Funded by the American Association of Tissue Banks, occurring during the National Association of Medical Examiner's Annual Meeting, Sunday, October 4, 2015

"Postmortem Changes and Time of Death" Pathology Workshop , Sponsored by the William Maples Center for Forensic Medicine, University of Florida, Sirata Beach Resort, St. Pete beach, FL October 28, 2015

"Traffic Accidents: Why do we do Them?", Invited Speaker, Florida Association of Medical Examiners, Daytona Beach Shores, Florida, Wednesday, July 15, 2015

NAME Update:  Co-Presenter with Samantha Wetzler, MD, Quality Assurance and Tissue Donor Suitability Meeting. Tuesday, April 21, 2015

Cultures and Donor Suitability:  American Association of Tissue Banks, Quality Assurance and Tissue Donor Suitability Meeting. Tuesday, April 21, 2015

Donation:  Bring Your Own Slides; Moderator/Presenter, Provided/Funded by the American Association of Tissue Banks, occurring during the National Association of Medical Examiner's Annual Meeting, 6:00-8:00 pm, Sunday, September 21, 2014

Sustaining and Saving Life- Understanding Organ and Tissue Recovery, Panelist, National Association of Medical Examiner's Annual Meeting, Sunday, September 21, 2014

CEO Panel, American Association of Tissue Banks Annual Meeting, National harbor, MD, September 2013

Tissue Banking: Background and Considerations for the Funeral Services, Pinellas County Funeral Directors Association, November 11, 2013

What is Sepsis? Co-Presenters Daniel Schultz, MD, Lennox Archibald, MD, and Hannis Thompson, MD, American Association of Tissue Banks Annual Meeting, National Harbor, MD, October 3, 2013

Forensic and Investigational Considerations:  Medical Examiner Case Studies, AATB Spring Meeting, Tucson, Arizona, April 2013 (Co-Presenter with Dr. Samantha Wetzler)

Wearing Other Shoes:  Perspectives from a Medical Examiner, AATB Webinar Subscription Series, February 28, 2013

"Tissue Banking on It", American Osteopathic College of Pathologists, 117th Osteopathic Medical Conference and Exposition, San Diego, California, Fall 2012

"The Future of the Autopsy: Considerations", American Osteopathic College of Pathologists, 117th Osteopathic Medical Conference and Exposition, San Diego, California, Fall 2012

Breakfast Session:  Donor Suitability Problems and Case Discussions, AATB Fall Meeting, September 11, 2012.

"Medical Examiner Perspectives of the Tissue Industry", (co-presented with Samantha Wetzler, M.D., MD), AATB Fall Meeting, Physicians Council, Saturday, September 8th, 5:30 pm and Tuesday, Sept. 11th, 2012, 3:00 pm general session

"Donor Cooling Guidance Document": in Café Conversations. AATB Meeting, San Juan Puerto Rico, March 2012

"Assessing Donor Records: Medical Director View" American Association of Tissue Banks, Quality Assurance/Donor Suitability meeting, Fall 2011, San Diego CA, November 2011

"Infections" " American Association of Tissue Banks, Quality Assurance/Donor Suitability meeting, Fall 2011, San Diego CA, November 2011

"CSI Tissue Banking" " American Association of Tissue Banks, Quality Assurance/Donor Suitability meeting, Fall 2011, San Diego CA, November 2011

"Tissue Banking: What's Important about Tissues", American Osteopathic College of Pathologists, 116th Osteopathic Medical Conference and Exposition, Orlando Convention Center, October 2011

"Forensic Pathology: Unusual Cases in Usual Places", American Osteopathic College of Pathologists, 116th Osteopathic Medical Conference and Exposition, Orlando Convention Center, October 2011

"Review of Forensic Pathology" Anatomic Pathology Specialty Board Preparation Course, Osler Institute, Wyndham Hotel, Tampa, Florida, October 4, 2011

"Applying Acceptance Criteria to Difficult Cases: the "LKA", American Association of Tissue Banks Annual Meeting, Westin Kierland Resort and Spa, Scottsdale, Arizona, September 10, 2011

"Draft Proposal for AATB Guidance Document D5.400 Evaluation of Body Cooling", Physicians Council, American Association of Tissue banks Annual Meeting, Westin Kierland Resort and Spa, Scottsdale, Arizona, September 9, 2011

"Draft Proposal for AATB Guidance Document D5.400 Evaluation of Body Cooling", Recovery and Donor Suitability Council Session, American Association of Tissue banks Annual Meeting, Westin Kierland Resprt and Spa, Scottsdale, Arizona, September 9, 2011

Schultz, D., Terry, C. Frist, B, "What Can Tissue Banking Data Do for the Medical Examiner? Tissue Procurement Cultures Can Help Identify Infectious Causes of Death". (Platform Presentation at the National Association of Medical Examiners Meeting, Holland America Alaskan Cruise, August 7, 2011)

"CSI Tissue Banking" American Association of Tissue Banks Donor Suitability Workshop, Ritz Carlton, McLean, Virginia, January 15, 2011

"Autopsy, Biopsy, Drug Abuse, and Toxicology", American Association of Tissue Banks Donor Suitability Workshop, Ritz Carlton, McLean, Virginia, January 17, 2011

"Chart Review Process: Selected Medical Release Cases", American Association of Tissue Banks Quality Assurance Workshop, Palm Beach, Florida, November 12, 2010

"Fata Oropharyngeal Angioedema and Tissue Mastocytosis Associated with Angiotensin II Receptor Blocker Therapy for Hypertension, National Association of Medical Examiner's Annual Meeting, Cleveland, Ohio, October 6, 2010

"Malignancy and MS/Skin Tissue Transplantation" Physician Roundtable, American Association of Tissue Banks Fall Meeting, National Harbor, Maryland, September 13, 2010

"The Autopsy and Cancer" American Association of Tissue Banks, Physician's Council Session Spring Meeting, Hollywood, California, March 20, 2010

"Autopsy, Biopsy, Drug Abuse, and Toxicology", American Association of Tissue Banks Donor Suitability Workshop, Ritz Carlton, McLean, Virginia, January 11, 2010

"Autopsy, Biopsy, Drug Abuse, and Toxicology", American Association of Tissue Banks Donor Suitability Workshop, Hyatt Regency, Reston, Virginia, January 12, 2009

"Autopsy, Biopsy, Drug Abuse, and Toxicology", American Association of Tissue Banks Donor Suitability Workshop, Hyatt Regency, Reston, Virginia, May 5, 2008

"Donor Eligibility Issues and Tissue Screeners", Presentation to LifeLink Tissue Bank screener meeting on October 24, 2007

"Applications of Autopsy and Biopsy in Determining Tissue Donor Suitability", LifeLink Symposium entitled Tissue Banking: Technological Advances in Tissue Transplantation, Tampa, Florida, June 9, 2007

"Autopsy and Biopsy Applications in Determining Tissue Donor Suitability", American Association of Tissue Banks Donor Suitability Workshop, Hyatt Regency, Reston, Virginia, June 26, 2007

"The Medical Examiner's Role in Donation", LifeLink Organ and Tissue Transplant Symposium, Tampa, Florida, June 10, 2006

"The Medical Examiner's Role in Donation", LifeLink Organ and Tissue Transplant Symposium, Orlando, Florida, June 17, 2006

"Role of the Medical Examiner", Prosecution Clinic, Stetson University College of Law, April 4, 2005.

Medical Examiner's Awareness Program: Sixth Judicial Court Juvenile Arbitration Program, 2005.

"Traffic Accidents, Why Autopsy Them?" Presentation, Michigan Association of Medical Examiner's Meeting, October 17, 2004, Mount Pleasant, Michigan.

"Electrocutions: Red Flags and Practical Death Scene Investigations", Presentation, Michigan Association of Medical Examiner's Meeting, October 15, 2004, Mount Pleasant, Michigan.

"Infant Death Investigations: The Scene Exam, The Autopsy and Why Circumstances Tell It All", Noon Grand Rounds, Department of Pathology, Children's Hospital of Cincinnati, June 7, 2004.

"Homicide Conference", Instructor, Public Agency Training Council, Harrisburg, Pennsylvania, 4/28/2004.

"A Forensic Pathologist's Experience: The "Late" Scene Exam", Workshop presentation, Ohio Child Fatality Review Training Conference, Columbus, Ohio, December 9, 2003.

"The Autopsy in Traffic Fatalities: Isn't the Cause Obvious? A Mechanistic Approach to Determining the Cause (and Sometimes Manner) of Death During the Autopsy" University of Cincinnati, Department of Pathology Morning Lecture, October 6, 2003.

"The Autopsy in Traffic Fatalities" Presentation, Midwestern Association of Forensic Sciences, Airbag Examinations Workshop, 32nd Annual Meeting, Columbus, Ohio, October 2003.

"Traffic Accidents, why do Them?" Presentation, Ohio Coroner's Association Meeting, spring, 2001, Columbus, Ohio.

Forensic Pathology Lecturer (Coroner/Medical Examiner Systems; Blunt/Sharp Force Injuries), Year II Medical Students, University of Cincinnati College of Medicine, April 1998-2005.

Crisan, D., Mattson, J., Schultz, D., Chen, J., Poulik, M: Immunoglobin and T Cell Receptor Gene Rearrangements in Malignant Lymphomas: Correlation and Bone Marrow Morphology and

Immunophenotyping (Poster presentation: 6th Annual Symposium on Technical Innovation in Laboratory Testing, Sante Fe, New Mexico, March 1993).

**OTHER EDUCATIONAL ACTIVITIES**

"Alcatraz: The Search for the Truth". This two-hour documentary by The History Channel devoted to a new U.S. Marshall lead into the June 1962 Alcatraz escape by brothers Clarence and John Anglin and current thinking about their fate. Personally, hired by Texas Crew production agency in conjunction with U.S. Marshalls and with family authorization family to exhume and autopsy the remains of Alfred Anglin, the brother of these escapees who himself was electrocuted while attempting escape from the Kilby prison in Alabama in 1964.

**OTHER PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| 12/2017-2/2018 | Member, Hillsborough County Child Abuse Death Review Committee |
| 9/2017-9/2019 | Immediate Past Chair, American Association of Tissue Banks |
| 9/2015-9/2017 | Chairman of the Board, American Association of Tissue Banks |
| 9/2013-9/2015 | Chair-Elect, American Association of Tissue Banks |
| 2012-2013 | Vice-Chair, Physicians Council, American Association of Tissue Banks |
| 2011-2013 | Member at Large Board of Governors, American Association of Tissue banks, |
| 2011-2012 | Advisor, Strategic Working Group for Medical Legal Death Investigation (SWG-MDI) Organ and Tissue Procurement Committee |
| 2011 | Program's Committee, American Association of Tissue Banks, Member |
| 2009-5/18/17 | Committee Member, American Board of Tissue Banking (Now known as the ATB Certification Committee) |
| 2009-2019 | Medical Advisory Board, LifeCell Corporation |
| 2006-present | Physician's Council Member, American Association of Tissue Banks, |
| 2009-2011 | Education Committee member, American Association of Tissue Banks |
| 2007-present | Adhoc Organ and Tissue Procurement Committee Member, National Association of Medical Examiner's |
| 2001-2010 | Subcommittee for [www.thename.org](www.thename.org), Member |
| 2007-2009 | Tissue Donor Screening Task Force, Member, American Association of Tissue Banks |
| 2007-2009 | Best Resident Paper Committee Member, National Association of Medical Examiner's |
| 2004-2006 | Nominating Ccommittee member, Pathology-Biology Section, American Academy of Forensic Sciences |
| 1997-2004 | Southwest Ohio Forensic Pathology monthly meeting, coordinator and member |
| 1997-2004 | Hamilton County Child Death Review Team, committee member |
| 1999-2004 | Advisory Board, Ohio Valley Tissue and Skin Center |
| 1997-2004 | Death Investigation Seminar Instructor, Hamilton County Coroner's Office |
| 1999 | New Prosecutor Training Instructor, Hamilton County Prosecutor's Office |

**OTHER TEACHING ACTIVITIES:**

| | |
|---|---|
| 2020-present | Instructor, autopsy rotation, pathology residents at Brandon Regional Hospital, Brandon, FL |
| 2018 – 2019 | University of South Florida |
| 11/17- 2/19 | Hillsborough County Medical Examiner Staff Instructor, Fellowship Program in Forensic Pathology, University of South Florida Anatomic Pathology resident rotations and University of South Florida medical student rotations |
| 4/06-03/20 | University of South Florida Pathology Resident Rotation in Tissue Banking, Annual Visit |

| | |
|---|---|
| 4/06-2019 | Lake Erie College of Medicine (LECOM) Bradenton Florida campus medical student observations of autopsy, District 12 Medical Examiner Office, Sarasota, FL |

## COMMUNITY SERVICE/MEMBERSHIPS

| | |
|---|---|
| 11/15/2018 | Great American Teach-In, "Forensic Pathology", Strawberry Crest High School, Dover, FL |
| 2015-9/2017 | Board of Directors, Ye Mystic Krewe of Neptune |
| 2014 | Speaker, Bloomingdale High School, Medical Career Club, Brandon FL |
| 2010-2011 | Den 14 Parent Leader, Wolf Cub Scout Pack 690, Brandon, FL |
| 2010-present | Ye Mystic Krewe of Neptune, Member, St. Petersburg, Florida |
| 11/2011 | Great American Teach-In, "Forensic Pathology", Brooker Elementary, Brandon, FL, Grade 3 |
| 11/2009 | Great American Teach-In, "Organ and Tissue Donation", Cypress Woods Elementary, Palm Harbor, FL, Grades 1 and 3 |
| 2003 | Citizen's Police Academy, instructor, Green Township Police Department |
| 2003 | Raymond Walters College Death and Dying Class, Instructor |
| 2002 | Citizen's Police Academy, instructor, Springfield Township Police Department |
| 1999 | Citizen's Police Academy, instructor, Cheviot Police Department |
| 1998, 1999 | Madeira High School Career Day, instructor |
| 1998 | Loveland Fire Department Continuing Education, instructor |
| 1991-1997 | Reserve Police Officer, City of Livonia, Michigan |

## SPECIAL INTERESTS IN ANATOMIC/FORENSIC PATHOLOGY

Private autopsies; Second opinion on previous autopsied cases; Scene examinations; Excavations; Living person trauma assessments/pattern recognition; Traffic crashes; Neck injuries; Electrical deaths; Drowning deaths; Police custody/restraint-related deaths; Toxicologic Deaths, Sudden Unexplained Infant Death (SUID) investigations; Child abuse; Teaching

## SPECIAL INTERESTS IN TISSUE BANKING AND ORGAN DONATION

General issues in donor eligibility/suitability; Autopsy in tissue donor suitability determinations; Teaching; Improving communications/relations/data-sharing between tissue banks/OPO's and medical examiners

## REFERENCES

Russell Vega, M.D., Chief Medical Examiner, District 12 Medical Examiner Office, 2001 Siesta Dr., Ste. 302, Sarasota, FL 34239, 941-361-6909, rvega@fldist12me.com

Robert Pfalzgraf, M.D., Associate Medical Examiner, District 4 Medical Examiner, 2100 Jefferson Street, Jacksonville, FL 32206  (904) 255-4000,  rpforensic@gmail.com

Gary Utz, M.D., Deputy Chief Medical Examiner, District 9 Medical Examiner Office, retired, 513-518-5320, utzlee@yahoo.com



**FINAL DIAGNOSIS, INC.**
Unit E-20 501 South Falkenburg Road, Tampa FL 336
PHONE: (727) 639-1897  FAX: (813) 830-7420
www.theautopsydoctor.com
dschultz@theautopsydoctor.com

Autopsy facilities in Tampa, FL and Big Rapids, MI
Dr. Daniel Schultz, MD (President); Licensed in CA, FL, GA, MI, and OH



# FORENSIC PATHOLOGIST FEE SCHEDULE
**As of January, 2021**

Initial Phone Consult with Dr. Schultz = No charges for initial 15 minutes.
- After 15 minutes, time billable is at $700/hour billable in quarter of the hour.

Private Complete Autopsy: = $5000.00 (partial exams will be lower but generally lead to incomplete answers)
- Requires advance non-refundable payment.
- Includes two hours of record review time. Additional significant necessary review time billable at $700/hour with estimated cost based on 60-100 pages/hour.  (Charts vary greatly in density of information-just a guide.)
- Transportation to and from origin are borne by requesting party. An estimate can be provided ahead of time.
- Other incurred add-on fees could include (uncommon, but reflect difficulty/staffing needs):
    - $1000 if second (repeat) autopsy.
    - $1000.00 if embalmed/significantly decomposed/exhumation.
    - $500.00 if decedent between 275-400 pounds; $1000 if decedent greater than 400 lbs.
    - $250.00 for out of state air transfer logistical planning*
    -* $1000.00 *plus* Federal mileage rate/air/hotel (if applicable) costs for autopsy doctor to travel to location of decedent.
    - Veteran discount of $500.

Brain only:  $2500.00 (1500 add on to autopsy) plus retrieval, travel or shipping of brain.  Studied and report by a board certified neuropathologist.
Lung only:  $2500.00  Includes histology and report.
Chest only:  $3000.00  Includes histology and report.  Heart and lungs.
Torso only:  $4000 non Covid
Covid-19 Positive:  no head exam = $5000.   Entire Covid-19 + = $6000

Court Testimony/Depositions (door to door) = $700.00/hour billable in quarter of the hour.
- Requires advance non-refundable payment for 4 hours.
- Maximum daily billable hours = 8 hours.
- Rescheduled trials/depositions (unless due to Dr. Schultz) will require additional pre-payment for 4 hours.
- Air/hotel costs, if necessary, must be prepaid/scheduled by client.

Record Case Review = $700/hour
- Requires advance payment with negotiated retainer based on estimated initial necessary workload. (Min 2 hrs)
- Rule of thumb for retainer estimates:  60 pages of medical records = 1 hour time.
- Time charged in 15 minute increments.

Amend DC:  $25, requires notary and mail time/fees
Special Needs/Pro Bono Considerations: Yes. These are considered on a case by case basis.
   *Notes on travel logistics:  An autopsy can be arranged for any region in the U.S. or U.S. territories, with decedent flown via commercial airlines. This requires transport preparations by partner funeral homes (Costs vary greatly-ask your FH). Transport costs can be lowered by a single transport to Florida and use local cremation providers, with subsequent return as cremains to family

Final Diagnosis, Inc is a Florida S-Corporation:  Please contact mschultz@theautopsydoctor for W-9 and EIN. Final Diagnosis, Inc. is licensed and insured.