# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, ) ) ) | CASE NO. 1:20-cv-2280-JRS-MJD |
| Plaintiff, ) ) | |
| v. ) ) | |
| CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, STEPHEN GUYNN, JR., in his individual and official capacity, GEORGE ROSSMAN, in his individual and official capacity, and ELI RAISOVICH, in his individual and official capacity, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' FINAL EXHIBIT LIST

The City of Indianapolis, Indianapolis Metropolitan Police Department, Stephen Guynn, Jr., George Rossman, and Eli Raisovich ("Defendants"), by counsel, respectfully submit the following final exhibit list pursuant to this Court's Order dated November 22, 2021, Dkt. 93.

1. IMPD's written directives, including General Orders 1.30, 1.31, 2.2, 4.7, and 8.1 as well as IMPD's Rules and Regulations that went into effect on June 25, 2014.

2. Video footage depicting the arrest scene;

3. Photographs depicting Mr. Daniels, the defendant officers, and the arrest scene;

4. Dispatch audio and 911 calls relevant to the arrest of Mr. Daniels on September 1, 2018;

5. CAD relevant to the arrest of Mr. Daniels on September 1, 2018;

6. Reports from the Marion County Coroner's Officer concerning Mr. Daniels, including a field report and an autopsy report;

7. Reports from the Marion County Crime Lab concerning Mr. Daniels and his arrest;

8. Statements gathered from Plaintiff, the defendant officers, and witnesses;

9. Reports concerning Plaintiff's arrest on September 1, 2018, including the incident report, a use of force report, and an IMPD officer assaulted report;

10. A toxicology report concerning Mr. Daniels;

11. Medical records concerning Plaintiff's treatment and conditions;

12. Any document evidencing admissible criminal history documents or judgments of conviction for witnesses whom may be called at trial;

13. Plaintiff's notice of tort claim;

14. Court records concerning Plaintiff;

15. Any document relevant to Plaintiff's damages;

16. Any document on Plaintiff's list.

17. Any document disclosed during discovery that is relevant to claims or defenses;

18. Any document necessary for rebuttal and impeachment; and

19. Any document filed with the Court in this case.

FROST BROWN TODD LLC

By: */s/ Anthony W. Overholt*
Anthony W. Overholt, #16481-49
Alexander P. Will, # 23474-49
Amy S. Johnson, #16257-49
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a copy of the foregoing was electronically filed on this 9th day of May, 2022.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Office of Corporation Counsel<br>City of Indianapolis<br>200 E. Washington Street, Suite 1601<br>Indianapolis, IN  46204 | Craig Robert Karpe<br>Karpe Litigation Group<br>19 W. 19th Street<br>Indianapolis, IN  46202 |
| Edward J. Merchant<br>John F. Kautzman<br>Martin A. Brown<br>Ruckelshaus Kautzman Blackwell Bemis<br>   Duncan & Merchant, LLP<br>135 N. Pennsylvania Street, Suite 1600<br>Indianapolis, IN  46204 | |

                                                  */s/ Anthony W. Overholt*
                                                  Anthony W. Overholt

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
awill@fbtlaw.com
asjohnson@fbtlaw.com

LR02314.0752614   4892-1038-9279v1