IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF INDIANAPOLIS and INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, | ) ) ) ) |
| STEPHEN GUYNN JR., in his individual and official capacity, | ) ) ) |
| GEORGE ROSSMAN, in his individual and official capacity, | ) ) ) |
| ELI RAISOVICH, in his individual and official capacity, | ) ) ) |
| Defendants. | ) |

CASE NO. 1:20-cv-02280-JRS-MJD

**PLAINTIFF'S FINAL EXHIBIT LIST**

Plaintiff, by counsel, hereby tenders its exhibit list, as required by the Case Management Plan and Federal Rules of Trial Procedure;

1. IMPD's written directives;

2. Video footage depicting the arrest scene;

3. Photographs depicting Mr. Daniels, the defendant officers, and the arrest scene;

4. Dispatch audio and 911 calls relevant to the arrest of Mr. Daniels on September 1, 2018;

5. CAD relevant to the arrest of Mr. Daniels on September 1, 2018;

6. Reports from the Marion County Coroner's Office concerning Mr. Daniels, including a field report and an autopsy report;

7. Reports from the Marion County Crime Lab concerning Mr. Daniels and his arrest;

8. Statements gathered from Plaintiff, the defendant officers, and witnesses;

9. Reports concerning Plaintiff's arrest on September 1, 2018, including the incident report, a use of force report, and an IMPD officer assaulted report;

10. Medical records concerning Plaintiff's treatment and conditions;

11. Any document evidencing admissible criminal history documents or judgments of conviction for witnesses whom may be called at trial;

12. Any document relevant to Plaintiff's damages;

13. Any document disclosed during discovery that is relevant to claims or defenses;

14. Any document necessary for rebuttal and impeachment;

15. Any document filed with the Court in this case;

16. Any medical records, including x-rays, bills, or statements of any physician, emergency medical technician or attendant, physical therapist or hospital relating to treatment received;

17. Any and/or all reports of any expert;

18. The parties' discovery responses;

19. Any deposition taken in this matter including video depositions;

20. Any statements made by any Defendant prior to suit;

21. Any and all exhibits listed on any parties' exhibit lists;

22. Any and all exhibits needed for rebuttal or impeachment purposes;

23. Demonstrative exhibits, charts and/or summaries;

24. Any documents produced by any party or non-party to this action;

25. Any and all exhibits which may be discovered between the date of this exhibit list and the trial of this matter which will be promptly disclosed to the Court and to opposing counsel;

26. Shoes worn by the Defendant Officers on September 1, 2018;

27. Post-mortem UV photos of Paul Daniels;

28. 1995 Department of Justice advisory bulletin, "Positional Asphyxia - Sudden Death";

29. Photos, news articles, and news video about Paul Daniels;

30. IMPD Police Radio recordings from September 1, 2018;

31. IMPD Police Dispatch reports from September 1, 2018;

32. IMPD recorded 911 calls from September 1, 2018.

Respectfully Submitted,

*/s/ Craig R. Karpe*
Craig R. Karpe
Karpe Litigation Group
19 W. 19th Street
Indianapolis, IN 46202
Phone: 317-251-1840
Fax: 317-536-0493
Email: crkarpe@injurylaw.tv

**Certificate of Service**

      I certify that this document was served electronically on May 9, 2021 to all counsel of record.

                                                  */s/Craig R. Karpe*
                                                Craig R. Karpe

KARPE LITIGATION GROUP
19 W. 19th Street
Indianapolis, IN 46202
(317) 251-1840