**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, | ) CASE NO. 1:20-cv-2280-JRS-MJD )  ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, STEPHEN GUYNN, JR., in his individual and official capacity, GEORGE ROSSMAN, in his individual and official capacity, and ELI RAISOVICH, in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**Defendants' Supplemental Designation of Evidence**

Defendants, the Consolidated City of Indianapolis-Marion County, the Indianapolis Metropolitan Police Department, Stephen Guynn, Jr., George Rossman, and Eli Raisovich ("Defendants"), by counsel, hereby supplement their supplemental designation of evidence in support of their Renewed Motion for Summary Judgment (ECF No. 111) as follows:

o. Affidavit and supplemental report of Thomas J. Sozio, D.O.; and,

p. Second Affidavit of Sgt. Stephen Griffith.

WHEREFORE, Defendants, by counsel, respectfully request that this Court enter judgment in their favor and against Plaintiff with prejudice, and award the Defendants all other proper relief.

FROST BROWN TODD LLC

By: /s/ *Alexander P. Will*
Anthony W. Overholt, #16481-49
Alexander P. Will, # 23474-49
Amy S. Johnson, #16257-49
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was electronically filed on this 19th day of May, 2022.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Adam Scott Willfond
Office of Corporation Counsel
City of Indianapolis
200 E. Washington Street, Suite 1601
Indianapolis, IN  46204

Edward J. Merchant
John F. Kautzman
Martin A. Brown
Ruckelshaus Kautzman Blackwell Bemis
   Duncan & Merchant, LLP
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN  46204

Craig Robert Karpe
Karpe Litigation Group
19 W. 19th Street
Indianapolis, IN  46202

/s/ *Alexander P. Will*
Alexander P. Will

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
awill@fbtlaw.com
asjohnson@fbtlaw.com

LR02314.0752614   4870-0817-7185v1