IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS, et al.<br><br>Defendants. | Case No.: 1:20-cv-02280-JRS-MJD |

**MOTION TO WITHDRAW APPEARANCE**

Counsel Adam S. Willfond respectfully moves the Court under Local Rule 83-7 to permit him to withdraw his appearance for all Defendants in this case. In support of the same, counsel states:

1. As of May 27, 2022, Mr. Willfond will no longer be employed with the Office of Corporation Counsel and, as a result, will no longer represent the Defendants in this case.

2. Other attorneys from the law firms of Frost Brown Todd and Ruckleshaus Kautzman Blackwell Bemis Duncan & Merchant have already entered appearances for all Defendants and will continue to represent them in this case. The provisions of LR 83-7(b)(2)-(3) therefore do not apply.

3. Counsel respectfully requests that his appearance be withdrawn on behalf of the Defendants as of the date of the motion's filing.

WHEREFORE, Adam S. Willfond respectfully requests that the Court withdraw his appearance and to terminate his appearance in this matter.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
317.327.4055
adam.willfond@indy.gov