UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESTATE OF PAUL DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02280-JRS-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Agreed Motion to Appear Telephonically at June 27, 2022 Hearing. [Dkt. 154.]  The Court, being duly advised, hereby **GRANTS** the motion. The Court hereby **CONVERTS** the hearing scheduled for **Monday, June 27, 2022 at 11:30 a.m. (Eastern)** from in person to **telephonic**.  Counsel shall attend the hearing by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. All other requirements of the Court's Scheduling Order [Dkt. 153] remain in effect.

Also before the Court is Defendants' Unopposed Motion to Have Individual Defendants Excused from Attending Hearing. [Dkt. 155.] The Court's Scheduling Order setting the hearing and discovery conference states, "The parties are ordered to appear for the hearing **by** their respective counsel."  [*Id*. at 1 (emphasis added.]  Individual parties **are not** required to personally appear for the telephonic hearing; rather, only counsel for the parties are required to

appear.  Therefore, Defendants' motion to excuse Individual Defendants' appearance [Dkt. 155]

is **DENIED AS MOOT**.

      SO ORDERED.

Dated:  23 JUN 2022

                                      Mark J. Dinsmore
                                      United States Magistrate Judge
                                      Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.