UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESTATE OF PAUL DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02280-JRS-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER (TIME ONLY)**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is currently set for a Telephonic Hearing, Discovery Conference, and Status Conference on **Wednesday, June 29, 2022** at 1:00 p.m. The Court, *sua sponte*, hereby changes the time to **4:00 p.m. (Eastern) on that same date**. All other requirements of the Court's Orders [Dkts. 139, 153, 156, & 161] remain in effect; however, **counsel is instructed to disregard** the call-in information issued on June 23, 2022 [Dkt. 158]. **The Court will subsequently issue new teleconference call-in information** for counsel to participate in the Telephonic Hearing, Discovery Conference, and Status Conference.

SO ORDERED.

Dated: 27 JUN 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.