**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THE ESTATE OF PAUL DANIELS, by Personal Representative Kay Stover, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CASE NO. 1:20-cv-2280-JRS-MJD |
| CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, STEPHEN GUYNN, JR., in his individual and official capacity, GEORGE ROSSMAN, in his individual and official capacity, and ELI RAISOVICH, in his individual and official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The Plaintiff, The Estate of Paul Daniel, by Personal Representative Kay Stover, and all Defendants, the City of Indianapolis, Indianapolis Metropolitan Police Department, Stephen Guynn, Jr., George Rossman, and Eli Raisovich, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) respectfully file this stipulation of dismissal of the above captioned matter, with prejudice, each party bearing his or its own attorneys' fees and costs.

Respectfully submitted,

 _/s/ Craig Robert Karpe (with permission)_
Craig Robert Karpe, #18726-02
Karpe Litigation Group
19 West 19th Street,
Indianapolis, IN 46202

*Counsel for Plaintiff*

 _/s/ Anthony W. Overholt_
Anthony W. Overholt, #16481-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was electronically filed on this 11th day of October, 2022.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

John Lowrey
Office of Corporation Counsel
City of Indianapolis
200 E. Washington Street, Suite 1601
Indianapolis, IN  46204

Edward J. Merchant
John F. Kautzman
Ruckelshaus Kautzman Blackwell Bemis
 Duncan & Merchant, LLP
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN  46204

                */ s / Anthony W. Overholt*
                 Anthony W. Overholt

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
awill@fbtlaw.com
asjohnson@fbtlaw.com

LR02314.0752614   4881-6041-7582v1